FILED
2026 Sep-14 PM 05:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

SOUTHERN DIVISION DOCKET **CA 70-251**

| TITLE OF CASE | ATTORNEYS |
|---|---|
| ANTHONY T. LEE, et al — Plaintiffs<br>UNITED STATES OF AMERICA — Intervenor<br>NATIONAL EDUCATION ASSOC. — Intervenor<br>VS<br>MACON COUNTY BOARD OF EDUCATION, et al — Defendants | *For Plaintiff*: see list<br><br>*For Defendant*: see list |
| Civil Action No. 604-E Middle District of Alabama<br>systems in which terminal orders have been entered transferred to this district for supervision<br>*Basis of action*: see list of school systems on pages following<br>*Jury trial claimed by* *on* , *19* | |

| DATE | PLAINTIFF'S ACCOUNT | RECEIVED | DISBURSED | DATE | DEFENDANT'S ACCOUNT | RECEIVED | DISBURSED |
|---|---|---|---|---|---|---|---|
| 1971 | | | | 1971 | | | |
| Sept.17 | Ck.Gray,Seay & Langford Receipt #1227 Notice of Appeal | 5 00 | | Jan.29 | Cash-Limestone County Board of Education Receipt #97928 Notice of Appeal | 5 00 | |
| Sept.17 | Ck.Gray,Seay & Langford Receipt #1228 Appeal Bond | 250 00 | | Feb.2 | Cr 100869 | | 5 00 |
| Sept.17 | Pd. Registry | | 250 00 | Aug.18 | Cash - John R. Phillips Rec.#871 Notice of Appeal | 5 00 | |
| Sept. 20 | Ck.Adams,Baker & Clemon Not.of Appeal Receipt #1259 | 5 00 | | Aug. 18 | Cash- John R. Phillips Rec. #872 Costs bond | 250 00 | |
| | | | | Aug. 18 | Pd. Registry | | 250 00 |
| Sept.22 | Cr. 100869 | | 10 00 | Aug.25 | Cr. 100869 | | 5 00 |
| Oct.15 | Ck.Gray,Seay & Langford Receipt #1644-Appeal | 5 00 | | 1-9-7-2 May 30 | Cks-Board of Education, City of Muscle Shoals Receipt #4768 | 5,101 31 | |
| | " #1644- Appeal Bank | 250 00 | | June 6 | Pd.Chas.Carter and his atty Solomon S.Seay,Jr-Ck#7455 | | 4,759.75 |
| Oct.15 | Pd.Registry | | 250.00 | June 6 | Pd.Solomon S.Seay,Jr-Ck#7456 | | 341.56 |
| Oct. 21 | Cr. 100869 | | 5.00 | | | | |

ABSTRACT OF COSTS — TO WHOM DUE — AMOUNT — RECEIPTS, REMARKS, ETC.

June 6-Ck.Bd.of Ed.City of Muscle Shoals-Rec.4864 $963.17
1972
June 9 Pd.Charles Carter and his attorney Solomon S.Seay,Jr Ck # 7475 $963.17

1-9-7-2
Sept.6,Ck.Gray,Seay & Langford $5.00
Sept.6 Ck.Gray,Seay & Langford $250.00
Sept.6-Pd.Registry $250.00
Sept.13 Cr 100869 5.00

CONT'D TO JUNE

MOTIONS

[handwritten notes: 10-2-72 Tuscaloosa; 9-29-72 Fairfield; 10-6-72 Shelby Co. (X); Colbert & Richmond 1-16-74; 9-25-72; 9-29-72 Colbert County Atty; 8-24-72 Oak City; 5-24-72; 5-8-72; 3-30-72 Colbert; 5-17-72; 9-2-70; 12-8-70; 3-3-72 Baldwin Co.; 2-18-71; 11-4-72; 10-6-72 (Shelby Co.)]

| DATE 1970 | FILINGS—PROCEEDINGS | AMOUNT REPORTED IN EMOLUMENT RETURNS |
|---|---|---|
| Apr 15 | Certified copy of court order transferring to this Court the individual court files on three school systems geographically located in the Northern District, with copy of the docket entries, and a file containing some orders, commencing with the order of March 22, 1967, and pleadings relating to all school systems in the case or involving several of them, and the individual files of the three school systems named in the transfer order, received-(Order dated April 9, 1970 - Richard T. Rives, U. S. Circuit Judge, H. H. Grooms and Frank Hohnson, Jr., U. S. District Judges) | |
| May 4 | Petition of St. Clair County Board ofEducation for Court to modify the desegregation plan heretofore approved on February 13, 1970 filed - copies served by counsel | |
| " 21 | Response of plaintiffs to petition to modify filed by St. Clair County Board of Education filed - copies served by counsel | |
| " 22 | On Hearing before the Hon. H. H. Grooms on petition of St. Clair County Board of Education to modify the plan heretofore approved with respect to the Coal City School and the Coosa Valley Elementary School - statement of counsel - order to be entered - | |
| " 22 | Order on petition to modify that following the statement of counsel with respect to the matter the Court will direct that the petitioner within seven days from the date of this order file with the Court a map showing the proposed zones for the two schools with a description of the zone lines related to section lines, roads, streams, and the like, and that petitioner will also file a projection of enrollment at the two schools under the proposed zoning showing the race of the students that will be enrolled at each of the schools if the petition is granted; petitioner to also file a projection as to the enrollment in each school in the Pell City area with the capacity of each school; such projection to show the projected enrollment if the plan remains as presently formulated, and the projected enrollment if the petition is granted; and counsel for the plaintiffs and the Government will be furnished with copies of the map and projections, and if either has objections to the proposed plan or wishes to have a hearing thereon he shall make the fact known by appropriate pleadings in the cause, within ten days thereafter, filed and entered (Grooms) - copies mailed attorneys and U. S. Attorney | |
| June 1 | Map of Coal City School Zone Lined (St. Clair) filed | |
| " 11 | Plaintiffs objections to enrollment & staff projections under the petition to modify proposed by the St. Clair County Board of Education, filed - copies served by counsel | |
| " 22 | Certified copy of order of the three-judge panel, Richard T. Rives, U. S. Circuit Judge, H. H. Grooms, U. S. District Judge and Frank Johnson, Jr., U. S. District Judge, transferring to the Northern District of Alabama the files in this case relating to school systems in Calhoun County, Pickens County, Sumter County, City of Florence and City of Oxford, along with a copy of the docket entries since March 31, 1970, filed - (court filed received under separate cover) (exhibits dated May 8, 1970 received June 24, 1970) | |
| " 23 | Certified copy of order of Court of Appeals dismissing the appeal in connection with the Shelby County School System (Bell, Ainsworth and Godbold, Circuit Judges) filed | |
| " 29 | Notice of appeal of plaintiff-Intervenor and Amicus Curiae from Order entered June 12, 1970 in the Middle District of Alabama, No. 604-E, as it related to the Calhoun County School System and the City of Oxford, Alabama - filed - certified copy mailed to Clerk, U. S. Court of Appeals, New Orleans, La. and to attorneys | |

Continued to page 2

D. C. 110A Rev. Civil Docket Continuation

| DATE | PROCEEDINGS | Date Order Judgment |
|---|---|---|

Apr. 1 Copies of orders dated March 22, 1967; May 3, 1968; July 15, 1968; August 28, 1968; August 8, 1969; and March 31, 1969, transferring cases in which terminal orders had been entered (42) together with docket entries, received.

1 Forty-two files received as follows:

| County Systems | City Systems |
|---|---|
| Bibb | Athens |
| Blount | Attalla |
| Cherokee | Carbon Hill |
| Clay | Cullman |
| Cleburne | Decatur |
| Colbert | Ft.Payne |
| Cullman | Guntersville |
| DeKalb | Jacksonville |
| Etowah | Jasper |
| Fayette | Mountain Brook |
| Franklin | Muscle Shoals City |
| Greene | |
| Jackson | Oneonta |
| Lamar | Piedmont |
| Lauderdale | Russellville |
| Marion | Scottsboro |
| Marshall | Sheffield |
| Morgan | Sylacauga |
| St.Clair | Tarrant City |
| Tuscaloosa | Tuscumbia |
| Walker | Winfield |
| Winston | **York (added by amendment at hearing 7/13/70 (Gr** |

Apr. 10 Three files together with copy of order entered Apr. 9, 1970, received

| | |
|---|---|
| Shelby | Talladega |
| Talladega | |

Apr. 14 File returned to USDC Montgomery to certify appeal record

Shelby

**Jun. 19 Five files together with copy of order entered June 19, 1970, received**

**Calhoun County**
**Pickens County**
**Sumter County**
**Florence City**
**Oxford City**

July 16 File on Limestone County together with copy of order entered July 14, 1970, transferring received.

~~16 Motion of Plaintiff Intervenor, National Education Assn. to issue temporary restraining order and preliminary injunction against Bibb County System enjoining dismissing and demoting black principals,~~ ~~teachers, etc., filed~~; ~~together with affidavit and memo of points.~~

**Copy of order filed 2/3/70, U.S.D.C. Middle District of Ala re Talladega County School System (Judges Rives, Grooms and Johnson)**

over

| DATE 1970 | PROCEEDINGS | Date Or Judgmen |
|---|---|---|
| July 1 | Order granting the petition of the St. Clair County Board of Education to modify its plan of desegregation in as far as the same relates to the Coosa Valley School, and said plan is hereby modified in accordance with the modified plan, projections and zoning map lodges with the Court as the same pertain to said school, and directing that a hearing be had on July 8, 1970 at 9:30 a.m. on the objections of the plaintiffs as to the Coal City and Chandler Mountain Schools filed and entered (Grooms) - copies mailed attorneys | |
| " 6 | Response of plaintiffs to order of the court on motion to modify plan of the St. Clair County School Board, filed July 1, 1970, filed - copies served by counsel | |
| " 7 | Transcript of proceedings before Hon. Richard T. Rives, U. S. Circuit Judge and Hon. H. H. Grooms and Hon. Frank M. Johnson, Jr., U. S. District Judges at Montgomery, Alabama, on May 8, 1970, filed (2 copies received) | |
| " 8 | Order on further hearing on defendant's petition to modify the plan of the St. Clair County School Board upon the objections of the plaintiffs filed herein on June 11, 1970, that the petition of the St. Clair County Board of Education to modify its plan of desegregation is granted insofar as the same relates to the Coal City School, and said plan is hereby modified in accordance with themodified plan, projections and zoning map lodged with the Court as the same pertain to the said school, and overruling the objections to the continued operation of said school; this order being subject to the provisions of the order of the Three-Judge Court which was entered pursuant to faculty desegregation provisions incorporated in the Singleton case from the Fifth Circuit; such provisions of the decree being applicable to the Coal City, Chandler Mountain and other schools in the St. Clair County School System, filed and entered (Grooms) - copies mailed attorneys | |
| " 9 | Petition by John A. Lile, Robert C. Street, Karl Hough, Alvis G. Briscoe and Francis A. Collier, as members of the Morgan County Board of Education, for modification of the order in this cause of February 17, 1970, and for further instructions by this court filed - copies served by counsel | |
| " 7 | Motion of Rev. F. N. Nixon, Robert Cook, Jr., Lula Crawford, et al, citizens of York, Alabama for leave to intervene as plaintiffs inthis action filed - 7/13/70 Motion granted (Grooms) | |
| " 7 | Motion of F. N. Nixon, et al, for order making the City of York, Sumter County Alabama defendant herein filed - 7/13/70 Granted, subject to exceptions duly made (Grooms) | |
| " 7 | Motion of plaintiffs for temporary restraining order and preliminary injunction against the Sumter County Board of Education filed | |
| " 10 | Record on appeal relating to Calhoun County School System and the City of Oxford, Alabama, mailed to Clerk, U. S. Court of Appeals, New Orleans, La. - copies of letter of transmittal mailed to attorneys | |
| " 13 | On hearing before the Hon. H. H. Grooms on petition of Morgan County Board of Education to modify the desegregation plan heretofore approved as it applies to West Morgan School - petitioner's opening statements - respondent's oral answer - introduction of petitioner's testimony - taken under advisement | |
| " 13 | Petition on behalf of the Tuscaloosa County Board of Education for hearing on request for the continued operation of the Duncanville School, filed July 10th- copies served by counsel | |
| " 13 | On hearing before the Hon. H. H. Grooms on plaintiffs' motion for temporary restraining order and preliminary injunction restraining the Board of Education of Sumter County from doing certain acts recited in the motion - introduction of plaintiffs' testimony - order of court granting plaintiffs' motion to amend its complaint to include the City of York as party defendant - defendant's testimony - oral argument of counsel - motion of plaintiffs for leave to intervene as plaintiffs in this action Rev. F. N. Nixon, Robert Cook, Jr., Lula Crawford - motion granted - case taken under advisement - | |

| DATE 1970 | PROCEEDINGS | Date Order Judgment No |
|---|---|---|
| July 13 | Clerk's Court Minutes that this case is taken under advisement; written judgment to be entered (Morgan County) filed and entered | |
| " 13 | Clerk's Court Minutes that this case is taken under advisement; written judgment to be entered (Sumter County) filed and entered | |
| " 14 | Copy of Order of the U. S. Court of Appeals (from Appeals in U. S. District Court for the Middle District of Alabama) granting appellants' motion to dismiss their appeal against appellee, Shelby County School System only, filed (Before Bell, Ainsworth and Godbold, Circuit Judges) | |
| " 14 | Order on petition by John A. Lile and others for instructions (Morgan County School System) approving the Board's plan, the Court being of the opinion that the situation hereinvolved is exceptional, except that the Board shall continue the integrated faculty rather than all-white faculty, filed and entered (Grooms) - copies mailed attorneys | |
| " 14 | Findings on motion of plaintiffs for temporary restraining order and for preliminary injunction to prevent the selling of certain school buses and the leasing of the former Sumterville School by the Sumter County Board of Education, of the Hon. H. H. Grooms filed and entered - copies mailed attorneys | |
| " 14 | Order, pursuant to the Findings filed herewith, overruling plaintiffs' motions for temporary restraining order and for preliminary injunction, without prejudice, filed and entered (Grooms) - copies mailed attorneys | |
| " 15 | Report of the Talladega City Schools, in compliance with one of the provisions of the court order of January 23, 1970, regarding projected racial composition of the schools to be operated by the Talladega City Board of Education for the school year 1970-71, filed - copies served by counsel | |
| " 16 | Order directing that the petition of the Tuscaloosa County Board of Education to continue the operation of the Duncanville Elementary School for the year 1970-71 be set for hearing on Monday, July 20, 1970, at 1:30 p.m. filed and entered (Grooms) - copies mailed attorneys | |
| " 16 | Motion of Plaintiff-Intervenor, National Education Association for temporary restraining order and preliminary injunction against Bibb County System enjoining dismissing and demoting black principals, teachers, etc., filed together with affidavit and memorandum of points. | |
| " 17 | Motion of Plaintiff-Intervenor, National Education Assn. for temporary restraining order and preliminary injuction against Shelby County System enjoining dismissing and demoting black principals, teachers, etc., filed together with affidavit and memorandum | |
| " 21 | On Hearing before the Hon. H. H. Grooms on July 20, 1970, on petition of TUSCALOOSA COUNTY BOARD OF EDUCATION to modify its integration plan as it applies to the Duncanville School - defendants' opening statements - introduction of plaintiffs' testimony - introduction of defendants' testimony - continued to 1:30 P.M., July 22, 1970, at which time defendants to furnish the Court with projected enrollment figures and zoning maps - | |
| " 23 | Report of the SUMTER COUNTY BOARD OF EDUCATION, pursuant to the desegregation of faculty and other staff provisions of the final judgment heretofore entered in this cause on June 11, 1970, with regard to the dismissal or demotion of personnel in connection with its conversion to a unitary system, with exhibit attached, filed - copies served by counsel | |
| " 23 | Order, dated July 22, 1970, granting the petition of the Board of Education of Tuscaloosa to modify the school plan for TUSCALOOSA COUNTY, subject to all of the provisions of the Singleton order as in the other schools of Tuscaloosa County, filed and entered (Grooms) - copies mailed attorneys | |

D. C. 110A Rev. Civil Docket Continuation SOUTHERN DIVISION CA 70-251 #3

| DATE 1970 | PROCEEDINGS in re Bibb County School System | Date Or Judgment |
|---|---|---|
| July 27 | Order/amending the order filed in the Middle District of Alabama Eastern Division in this cause on February 11, 1970 as follows: 1 The Randolph Community School, known as the Allen P. Howison School at Randolph, Alabama, and the Six Mile School at Six Mile, Alabama, shall be reopened for the school year 1970-71; II The Bibb County Board of Education shall to the extent necessary to carry out this order assign faculty, staff, money and equipment necessary to properly staff, support and operate these schools during the school year 1970-71; III Further Ordering that the Bibb County Board of Education, its agents, etc. shall carry out this order, filed and entered - copies mailed attorneys | |
| " 28 | Emergency motion of plaintiff-intervenor and amicus curiae, United States of America for further relief (re Colbert County School System)filed - copies served by counsel 8/7/70 Moot-Board has filed a compliance resolution on 8/6/7 | |
| " 29 | Report of the projected racial composition of the student body, faculty, and staff in each school operated in the TUSCUMBIA SCHOOL SYSTEM for the 1970-71 school year filed - | |
| " 29 | Report of the projected racial composition of the student body, faculty, and staff in each school in the COLBERT COUNTY SCHOOLS for the 1970-71 school year filed-copies served by Superintendent of Education | |
| " 30 | Report of the projected racial composition of student body, faculty, and staff in each school in the City of Oxford System to be operated for the 1970-71 school year filed - copies served by counsel | |
| Aug. 3 | Motion and Notice by the Parents, Patrons and Citizens of the Six Mile Community and Randolph Community Schools for leave to intervene as plaintiffs, with Claim in Intervention attached, filed - copies served by counsel (BIBB COUNTY BOARD OF EDUCATION) | |
| " 3 | Report of the projected racial composition of student body, faculty, and staff in each school to be operated for the 1970-71 school year in the City of Sheffield School System filed July 27, 1970 - | |
| " 3 | Report of the projected racial composition of student body, faculty, and staff in each school to be operated for the 1970-71 school year in the Calhoun County School System filed - copies served by counsel | |
| " 3 | Report of the projected racial composition of student body, faculty, and staff in each school to be operated for the 1970-71 school year in the Sumter County School System filed - copies served by counsel | |
| " 3 | Report of the projected racial composition of student body, faculty, and staff in each school to be operated for the 1970-71 school year in the Tuscaloosa City School System filed - copies served by counsel | |
| " 4 | Report of the projected racial composition of student body, faculty, and staff in each school to be operated for the 1970-71 school year in the St. Clair County School System filed - | |
| " 5 | Report of the projected composition of student body, faculty, and staff in each school to be operated for the 1970-71 school year in the Anniston City School System filed | |
| " 5 | Motion and Notice by plaintiffs and plaintiff-intervenor, NEA, Inc.for temporary restraining order and for preliminary and permanent injunction to restrain defendant BOARD OF EDUCATION OF SUMTER COUNTY from dismissing or demoting any principal, teacher, etc.; from failing and refusing to rescind dismissals of any such staff members already effected, and from hiring any new staff members from outside the Sumter County School System, etc. filed - copies served by counsel | |
| " 5 | Motion of the United States to alter and amend Order of July 27, 1970, filed - copies served by counsel | |

(over)

| 1970 DATE | PROCEEDINGS | Date Order or Judgment No |
|---|---|---|
| Aug. 6 | Report of the projected racial composition of student body, faculty, and staff in each school to be operated for the 1970-71 school year in the Colbert County School System, which report supersedes the report mailed on July 27, 1970, with copy of a resolution adopted by the Colbert County Board of Education on August 1, 1970 attached filed - copies served by counsel | |
| " 18 | Certified copy of judgment of the U. S. Court of Appeals, Fifth Circuit, issued as and for the mandate, affirming the judgment of the U. S. District Court for the Middle District of Alabama in connection with the City of Anniston and City of Tuscaloosa school cases, and further ordering that the plaintiffs-appellants and plaintiff-intervenor-appellant pay to defendants-appellees, the costs on appeal to be taxed by the Clerk of the U. S. Court of Appeals; with copy of the Opinion attached, filed (court files returned) (placed in the City of Tuscaloosa file) | |
| " 19 | Motion of plaintiff-intervenor, N.E.A. to require defendant Sumter County Board of Education to produce certain documents at the office of the Superintendent of Education at Livingston, Alabama, filed - copy served by counsel | |
| " 19 | Motion of plaintiff-intervenor, NE.A. to require defendant Shelby County Board of Education to produce certain documents at the office of the Superintendent of Education at Columbiana, Alabama, filed - copy served by counsel | |
| " 21 | Motion of plaintiff-intervenor, N.E.A. to require defendant Bibb County Board of Education to produce certain documents at the office of the Superintendent of Education at Centreville, Alabama, filed - copy served by counsel | |
| " 31 | Answer of defendant Sumter County Board of Education to motion for temporary restraining order filed - copies served by counsel | |
| Sept. 3 | Affidavit of Joseph T. Landers, Special Agent of the F.B.I. filed -cert copies del. D.J.A | |
| " 3 | Application of the United States of America, plaintiff-intervenor and Amicus Curiae for ex parte relief filed - cert. copies del. to D.J. Atty | |
| " 3 | Order that on Sept. 4, 1970 at 9:30 A.m. in the Courtroom of this Court at Birmingham, Mr. Jerry Elder, Mrs. Jerry Elder, Mr. Hershell Haynes, Patsy Herd, Mrs. Ethridge Smith, Mrs. Janet P. Williams, Mr. Charles C. Killough, Mr. John H. Talley and Mr. Vincent Nagle appear and show cause, if any they have, why each of them and those who act in consort with them, should not be enjoined from interference with the normal opeation of the Talladega County School System and the implementation of the Order of February 3, 1970, and why this Court should not enter such orders as may be necessary and appropriate to ensure the full implementation of the Court Order in this cause; and further ordering that the U. S. Marshal serve a copy of this Order and Petition on the above named persons forthwith, filed and entered at Birmingham at 11 a.m. (Grooms) - certified copies del. to U. S. Marshal by Dept. of Justice Attorney | |
| " 8 | On hearing before the Hon. H. H. Grooms, on September 4, 1970, on the Talladega County School System on the order to show cause of September 4, 1970, for interference with order of February 3, 1970 - Statement by the Court - consent order to be entered - | |
| " 8 | Order, dated September 4, 1970, enjoining Mr. Jerry Elder, Mrs. Jerry Elder, Mr. Hershell Haynes, Patsy Herd, Mrs. Ethridge Smith, Mrs. Janet P. Williams, Mr. Charles C. Killough, Mr. John H. Talley and Mr. Vincent Nagle, from interfering with the order of the United States District Court for the Middle District of Alabama issued Feb. 3, 1970 and April 3, 1970, and requiring the Talladega Board of Education, its principals, etc. to take whatever steps are necessary to implement the provisions of said orders; and subjecting those persons failing to obtain this order and orders of Feb. 3, 1970 and April 3, 1970 to a minimum fine of $100 for each day they fail to obey the orders of this Court; and further ordering that | |

continued to next page

D. C. 110A Rev. Civil Docket Continuation SOUTHERN DIVISION CA 70-251 #4

| DATE 1970 | PROCEEDINGS | Date Of Judgment |
|---|---|---|
| Sept. 8 | continued - the United States Marshal affix a copy of this order to the front of the Munford School, the Winterboro School, and the Talladega County High School; and further ordering that the U. S. Marshal serve a copy of this Order on each of the persons designated in the Order to Show Cause of September 3, 1970, filed in open court and entered (Grooms) - nine certified copies del. to U. S. Marshal for service on the named individuals in instant order | |
| " 8 | On Hearing before the Hon. H. H. Grooms regarding City of Tuscaloosa School System on petition for temporary restraining order against mandamus issued in Circuit Court of Tuscaloosa County, Alabama (Case No. 2683) - submitted on verified petition/with attachments filed in open court - temporary restraining order granted - | |
| " 8 | Order granting a temporary restraining order and ordering that Nancy Tate Williams, Hon. E. F. Hildreth and Hon. Henry H. Mize appear before this Court on September 14, 1970 at 9 A.M. and show cause, if any they have, why they should not be enjoined during the pendency of this action from further prosecuting or proceeding with that certain mandamus proceeding now pending before the Circuit Court of Tuscaloosa County, Alabama; and further ordering that pending the hearing of this order to show cause, said parties are enjoined and restraining from further prosecuting said mandamus proceeding; and further ordering that Nancy Tate Williams shall, pending a hearing in this matter, teach in Thirty-Second Avenue Elementary School in accordance with the assignment of the Tuscaloosa City Board of Education or suffer termination of her employment with said board; and further ordering that a copy of the petition herein be served on the named parties filed and entered (Grooms) - Service accepted by attorneys for Nancy T. Williams, Atty Wayne L. Williams - certified copies del. to U. S. Marshal for service on Hon. E. F. Hildreth and Hon. Henry H. Mize | |
| " 9 | Agreement of counsel to Consent Order to be executed by the Court - filed (City of Anniston School System) | |
| " 9 | Order amending as follows the plan of desegregation for the City of Anniston Public School System entered in this c ause on March 16, 1970: That part of the north line of the zone for the 12th Street Elementary School running between the L & N Railroad on the west and the Southern Railroad on the east is changes from 17th Street to 16th Street - other boundaries of said zones shall remain unchanged; Changing zone lines for Golden Springs Elementary School; That students living on a street that is a zone line between two schools may be permitted to attend either of the two schools subject to conditions listed in order; That students in ninth grade living in the Anniston High School attendance zone may attend Johnston Junior High School during the 1970-71 school year, provided that no properly executed request for majority to minority transfer will be refused insofar as grades seven through twelve are concerned - filed and entered (Allgood) - copies mailed attorneys | |
| " 10 | Return of U. S. Marshal showing service of temporary restraining order executed on Henry L. Mize, Tuscaloosa County Courthouse, Tuscaloosa, Alabama on September 9, 1970, and filed | |
| " 10 | Racial Composition of Student Body, Faculty, and Staff in each school operated for the 1970-71 school year (Tuscumbia City School System) - filed | |
| " 10 | Report of the City of Anniston School System - filed | |
| " 11 | Return of U. S. Marshal showing service of order (Talladega) executed on September 9, 1970, on Hershel Haynes, Jerry Elder, Patsy Heard, Ethridge Smith, Mrs. Jerry Elder, Janet P. Williams, Charles C. Killough, John H. Talley, Vincent Nagle, and filed | |

(over)

| DATE 1970 | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| Sept 11 | Order (Tuscaloosa County System) that the Board of Education of Tuscaloosa County and all of its officers, etc. shall not knowingly enroll any student or permit any student to receive academic credit in any school other than the school to which the student is legally assigned or transferred under the terms of the Tuscaloosa school plan which was ordered to be implemented by the judgment rendered on February 4, 1970 and modified July 22, 1970; further ordering that the Tuscaloosa County Board of Education, etc shall not allow the use of Northport Elementary School for purposed relating to education except with prior express consent of the Board and such consent shall not be granted so as to impede or interfere with the implementation and intent of the orders of this Court and ordering the Board to take whatever action is necessary to remove all persons from the Northport Elementary School end lock the facility; forewarning parents and other persons engaging in the above activities that should they persist, each may be ordered to show cause why they should not be enjoined from interfering with the normal operation of the school system and that such continued conduct may be subject to the contempt powers of this Court - filed and entered (McFadden) - copies mailed attorneys | |
| " 14 | Notice of motion and motion for temporary restraining order and for preliminary and permanent injunctions, affidavit in support of motion, and motion to produce of plaintiff-intervenor, National Education Association, Inc., (Talladega County Board of Education) - filed - copies served by counsel | |
| " 14 | Motion of respondent Nancy Tate Williams (Tuscaloosa City Board of Education) to dismiss restraining order and complaint, filed - copies served by counsel | |
| " 14 | Findings and Opinion (Tuscaloosa City School System) of the Hon. H. H. Grooms - filed and entered - copies mailed attorneys and to Judge Henry H. Mize and Judge E. F. Hildreth | |
| " 14 | Order pursuant to the Findings and Opinion that pending the further orders of this Court the respondent Nancy Tate Williams and her ettorney and those persons acting in concert or participation with her be enjoined from prosecuting Action No. 2683 now pending in the Circuit Court of Tuscaloosa County, Alabama; further ordering that pending further orders of this Court the Hon. E. F. Hildreth, as Judge, is enjoined from entering any order other than an order of continuance; no action is taken with respect to the prayer for injunction as to the Hon. Henry H. Mize - filed and entered (Grooms) - copies mailed attorneys and Judges Mize and Hildreth | |
| " 16 | Return of U. S. Marshal showing service of temporary restraining order executed on September 11, 1970, on Judge E. F. Hildreth, Eutaw, Alabama, and filed | |
| " 16 | Return of U. S. Marshal showing order placed on school house doors on September 9, 1970, Winterboro High School, Alpine, Alabama; Talladega County High School, Lincoln, Alabama; Mumford High School, Mumford, Alabama - filed | |
| " 16 | Notice of motion, motion to produce, and motion for Temporary Restraining Order and temporary and permanent injunction re demoting, dismissing, etc, affidavit in support of Temporary Restraining Order and Memorandum in support of motion for Temporary Restraining order (Limestone County School System) filed by intervenor, National Education Association - copies served by counsel | |
| " 16 | Petition for Court approval of zone line changes (City of Tuscaloosa School System) - filed - copies served by counsel | |
| " 16 | Petition for Court's approval with regard to granting permission to the West End Christian School for the use of the closed West End Elementary School (Tuscaloosa City School System) - filed - copies served by counsel | |
| " 16 | Order (Tuscaloosa City School System) that the attendance zone line between Eastwood Junior High School and Tuscaloosa Junior High School is changes as shown in order; further ordering that all zone lines within the Tuscaloosa City School System shall remain as previously ordered except as herein modified - filed and entered (Grooms) - copies mailed attorneys | |

D. C. 110A Rev. Civil Docket Continuation SOUTHERN DIVISION CA 70-251 #5

| DATE 1970 | PROCEEDINGS | Date of Judgment |
|---|---|---|
| Sept 17 | Order (Shelby County School System) that not later than October 16, 1970, the Shelby County Board of Education shall file with the Court and serve upon the parties a report as indicated in this order; further continuing all pending motions until the filing of the above report after which a prompt hearing will be held - filed and entered (Lynne) - copies mailed attorneys | |
| " 17 | Report of the City of Anniston School System filed | |
| " 18 | Affidavit of Hollis B. Hendon (Tuscaloosa City School System) - filed | |
| " 18 | Order (City of Tuscaloosa School System) that the closed West End Elementary School facility, owned by the Tuscaloosa City Board of Ecucation, may be used as a school facility by the West End Christian School, which use shall terminate on or before October 15, 1970; all matters concerning the use of the West End Elementary School facility after October 15, 1970, including all matters concerning the sale of such facility, are reserved for further consideration by the Court - filed and entered (Grooms) - copies mailed attorneys | |
| " 21 | Report of Talladega County School System filed | |
| " 21 | Report of Sheffield City School System filed | |
| " 21 | Motion of the United States of America (Bibb County School System) to withdraw prior motion to alter and amend order entered July 27, 1970, filed - copies served by counsel | |
| " 21 | Final Decree (Tuscaloosa City School System) ordering that the temporary injunction issued herein on September 14, 1970, is made permanent; that said Nancy Tate Williams and her attorneys and those persons acting in concert or participation with her be permanently enjoined from prosecuting Action No. 2683, now pending in the Circuit Court of Tuscaloosa County, Alabama, and the Honorable E. F. Hildreth, as Judge, is enjoined from entering any order in said cause other than an order of dismissal; further directing that the contract of employment of Nancy Tate Williams be terminated unless she accepts a transfer to the Thirty-Second Avenue Elementary School; and taxing no costs herein - filed and entered (Grooms) - copies mailed attorneys | |
| " 22 | Order (Bibb County School System) on motion of the United States that the Motion to alter and amend the order entered July 27, 1970, be dismissed, without prejudice; that the modifications of previous orders as outlined by the letters of August 26, 1970 and September 10, 1970 from the Superintendent and School Board Attorney furnishing projected enrollments and zone-lines are approved and ordered to be implemented - filed and entered (Lynne) - copies mailed attorneys | |
| " 29 | Report of the Oxford City Board of Education School System filed | |
| " 30 | Report of the Sumter County Board of Education filed | |
| Oct. 1 | Report of the Tuscaloosa City Board of Education filed | |
| " 5 | Report of the Colbert County School System filed - copies served by counsel | |
| " 5 | Report of the Greene County School System filed | |
| " 9 | Report of the St. Clair County School System filed | |
| " 12 | Order of September 8, 1970 returned executed by service on Superintendent of Talladega County Schools on October 8, 1970, and filed | |
| " 16 | Report of the Shelby County School System filed | |
| " 19 | Motion of defendant Talladega County Board of Education to dismiss the application of plaintiff and plaintiff-intervenor, NEA, Inc. for temporary restraining order and for preliminary and permanent injunctions filed - copies served by counsel | |
| Nov. 10 | Petition of the Tuscaloosa County Board of Education for the Court to set down for hearing petitioner's request to be allowed to continue to operate a school in the Duncanville school zone and erect a new elementary school facility in that zone, filed - exhibits attached - copies served by counsel | |

(over)

| DATE 1970 | PROCEEDINGS | Date Order Judgment N |
|---|---|---|
| Nov. 12 | Notice that plaintiff-Intervenor United States of America, will take the deposition of R. Jack Morgan, Superintendent, Tarrant City Board of Education, at 9 a.m. on December 7, 1970, at the office of the Superintendent filed - copies served by counsel | |
| " 12 | Motion of United States of America, plaintiff-intervenor and Amicus Curiae, for supplemental relief filed - copies served by counsel 1-8-7 [illegible] | |
| " 12 | Request by United States of America, plaintiff-intervenor and Amicus Curiae, for production of documents by the Tarrant City Board of Education and Superintendent Jack Morgan, filed - copies served by counsel | |
| " 25 | Motion of plaintiff-intervenor and amicus curiae, United States of America, for supplemental relief, with Notice, filed regarding Talladega County School System - copies served by counsel | |
| Dec. 2 | On hearing before the Hon. H. H. Grooms on December 1, 1970, on motion for temporary restraining order by plaintiffs and plaintiff- intervenor, United States of America in the matter of the Talladega County Board of Education - opening statements of counsel - introduction of plaintiff-intervenor, United States of America - daily adjournment - continued to December 2, 1970, at 9:00 a.m. - | |
| " 2 | Trial resumed - motion to dismiss plaintiff's motion for supplemental relief filed by defendant - overruled - testimony of plaintiff-intervenor, U.S.A. continued - plaintiff-intervenor rests - defendant rests - oral order of the Court to U.S.A. plaintiff-intervenor to submit memorandum stating their contentions within ten days to the Court and defendant will have ten days thereafter to file an answer - hearing concluded | |
| " 2 | Clerk's Court Minutes that United States of America, Intervenor, submit memorandum stating their contentions, to the Court within ten days and serve a copy on the defendant and the defendant will have ten days to file an answer filed and entered | |
| " 3 | Motion of United States of America, plaintiff-intervenor and amicus curiae, for supplemental relief respecting the Limestone County School System, with Notice thereon of setting on Wednesday, December 9, 1970, at 11 a.m. before Judge C. W. Allgood, filed - copies served by counsel | |
| " 9 | On Hearing before the Hon. Sam C. Pointer, Jr. on motion of National Education Association, plaintiff-intervenor, to produce, and temporary restraining order; and motion of U. S. A., plaintiff-intervenor for supplemental relief, in the matter of the Limestone County School System - oral discussion by the parties and the Court pertaining to the issues to be heard - Order to Limestone County School System to respond to National Education Association's request (motion to produce) within ten days entered - introduction of U.S.A., plaintiff-intervenor's testimony - U.S.A., plaintiff-intervenor rests - no defendants's testimony offered - oral questions to the attorneys by the Court - statements by U.S.A., plaintiff-intervenor - Order for U.S.A., plaintiff-intervenor to submit brief to the Court within seven days and defendant to submit answer by December 21, 1970 - case taken under advisement - | |
| " 9 | Clerk's Court Minuted that United States of America, plaintiff-intervenor, submit brief to the Court within 7 days and defendant submit answer by December 21, 1970, and that this case be taken under advisement filed and entered | |
| " 9 | Report of the Shelby County School System received (del. direct to Judge's office September 28, 1970) | |
| " 9 | Report of Pickens County School System received (del. direct to Judge's Office September 28, 1970) | |
| " 9 | Report of Bibb County School System received (del. to direct to Judge's office October 1, 1970) | |

Continued to next page

| DATE 1970 | PROCEEDINGS | Date Of Judgment |
|---|---|---|
| Dec. 9 | Petition of the County Board of Education of Calhoun County for consent to proceed with construction as proposed filed - | |
| " 11 | Deposition of Mr. R. Jack Morgan, taken on behalf of the Department of Justice, at the Tarrant City Board of Education Office, filed (rolled map filed with deposition placed on top of file cabinets) | |
| " 11 | Order, upon all pending motions regarding the Talladega County School System, and in view of testimony taken with respect to the motion of the United States for supplemental relief, a separate order will be entered thereon, and including the motion of plaintiffs and plaintiff-intervenor NEA, Inc. for temporary restraining order and for preliminary and permanent injunction; and overruling the motion of defendant Board to dismiss the last named motion; and granting the motion of plaintiff-intervenor NEA, Inc. to produce to the extent indicated, and overruling otherwise, filed and entered (Grooms) - copies mailed attorneys | |
| " 11 | Order, upon all pending motions regarding the Sumter County School System, granting the motion of plaintiff-intervenor NEA, Inc. to produce to the extent that said plaintiff-intervenor will be given access to such records or material for two years back, such access to be given by defendant Board within ten days, and overruling said motion otherwise filed and entered (Grooms) - copies mailed attorneys | |
| " 15 | Memorandum of the United States of contentions regarding the Talladega County School System filed - copies served by counsel | |
| " 17 | Memorandum of the United States regarding hearing held on December 9, 1970 concerning the Limestone County School System filed - copies served by counsel | |
| " 22 | Memorandum of the Limestone County Board of Education filed - copies served by counsel | |
| " 23 | Motion of plaintiff-intervenor, United States of America, for supplemental relief, Shelby County Board of Education - filed - copies served by counsel | |
| " 29 | Order Calhoun County School System approving construction as proposed by the County Board, providing that all school construction and site selection shall be done in a manner which will prevent the recurrence of the dual school structure; further that the Calhoun County Board of Education, after expenditure of funds for construction herein approved shall not hereafter be be permitted to claim financial inability to carry out an order of this Court or an order the the Fifth Circuit Court of Appeals arising out of that phase of this case which is now pending on appeal; further that the modifications of the existing zone lines as proposed by the County Board on September 10, 1970, by letter to the Court, are approved, there being no objections to these changes made by the parties - filed and entered (McFadden) - all copies served by counsel for U.S.A. | |
| " 30 | Motion of parents, patrons and citizens of the Six Mile Community and Randolph Community Schools that their petition heretofore filed in this cause to intervene as parties plaintiffs, intervenors be granted and also to make permanent the order of July 27, 1970, with notice thereon that this motion is set for hearing before Judge Lynne on January 29, 1971 at 10 a.m., filed - copies served by counsel - See order Bibb Co School System 1/29/71 | |
| 1971 Jan. 4 | Memorandum of Decision and Order regarding Limestone County School System that defendants effect such reassignments of teachers within the system that by February 1, 1971, and for the balance of the school year, there be at each school approximately 82% white faculty and approximately 18% black faculty--and in particular that at the New Hope school for the second semester composition of faculty be eleven or twelve white members and two or three black members; that the current principal at Johnson Junior High be assigned to other duties at Johnson Junior High or elsewhere in the | |

(over)

| 1971 DATE | PROCEEDINGS | Date Order Judgment No. |
|---|---|---|
| Jan. 4 | cont'd<br>system, but without any reduction in pay for the balance of the school year and the defendants shall, using the criteria contained in the policy statement filed in this court, select one of the following to be principal at Johnston Junior High effective with the commencement of the second semester of the 1970-71 school year and in no event later than February 1, 1971: Benjamin L. Cirttenton, Acrus B. Crook, Jr., and Thomas J. Witt, and the two not selected as principal, together with Edwin Spencer, shall be offered a promotion to principal at the time the next three vacancies occur in principalships within the system and the defendants shall pay to the four demoted principals who have remained in the system, retroactive to the commencement of the 1970-71 school year, a salary supplement such as to make their compensation equal to that which they would have been receiving had they remained as principals during the year--such supplements to continue until they are offered a promotion back to principal or until their employment is earlier terminated; and ordering that defendants cease using any racial quota or percentage in the hiring of employees, and that defendants furnish to the other parties semi-annual reports (spring and fall) showing vacancies to be filed; general qualifications and any special requirements for such vacancies and the name, race, educ ation, certificate, and experience of theapplicants, including an indication as to those hired; and ordering defendants to take such steps as may be necessary to assure that no student residing in Limestone County shall be permitted or suffered to attend a school in another attendance zone of the County, etc. filed and entered (Pointer) copies mailed attorneys | |
| " 8 | Order on motions for preliminary and permanent injunctions and for supplemental relief as to the Talladega County School System decreeing the following relief: 1. The Board will, within 30 days develop and file with the Court the nonracial objective criteria required by paragraph 1(b) of the decree of February 3, 1970; 2. The Board will within 30 days offer Glass, Thompson and Romine, for their acceptance or rejection, elementary principalships as also required by said decree, and as to Glass will first grant him the general salary increase made to other principals, effective as of the beginning of the school year (1970-71); 3. The Board will within 30 days offer Wallace a band directorship, and will pay him the band supplement beginning with the 1970-71 school year; with a decree to be entered in accordance with the fore-going filed and entered (Grooms) - copies mailed attorneys | |
| " 8 | Judgment as to the Talladega County School System pursuant to the opinion filed therewith (order above) ordering that the Talladega County Board of Education will within 30 days develop and file with the Court the nonracial objective criteria required by paragraph 1(b) of the decree of February 3, 1970; The said Board will within 30 days offer Daniel Glass, Haywood Thompson, and Ervin Romine, Jr., for their acceptance or rejection, elementary principalships as also required by said decree, and as to Glass will first grant him the general salary increase made to other principals, effective as of the beginning of the school year (1970-71); the said Board will within thirty days offer Walter Eugene Wallace a band directorship, and will pay him the band supplement beginning with the 1970-71 school year; and overruling the motions to dismiss the motions and the petition; and granting the motions for preliminary and permanent injunctions and for supplemental relief in conformity and to the extent herein decreed filed and entered (Grooms) - copies mailed attorneys | |
| | Continued to next page | |

D. C. 110A Rev. Civil Docket Continuation SOUTHERN DIVISION CA 70-251 #7

| DATE 1971 | PROCEEDINGS | Date Or Judgmen |
|---|---|---|
| Jan.21 | Interrogatories by The United States of America, Plaintiff-Intervenor and Amicus Curiae propounded to the Tarrant City Board of Education and Superintendent Jack Morgan in re Tarrant City School System filed - copies served by counsel | |
| " 21 | Request of the United States of America, Plaintiff-Intervenor and Amicus Curiae for admission by the Tarrant City Board of Education and Superintendent Jack Morgan in re Tarrant City School System filed - copies served by counsel | |
| " 27 | Motion of plaintiff-intervenors for further relief as to the Sumter County School System filed - copies served by counsel | |
| " 28 | Response of the United States to motion of patrons and citizens regarding the Bibb County School System filed - | |
| " 28 | Motion of plaintiff-intervenor, NEA, Inc. for further relief in the Walker County School System filed - copies served by counsel | |
| " 29 | Notice of appeal of defendants, the Limestone County School System, et al, from order of the District Court entered on January 4, 1971 - filed - certified copy mailed to Clerk, U. S. Court of Appeals, New Orleans, La. and copies mailed to attorneys | |
| " 29 | Appeal Bond ($250.00) filed | |
| " 29 | Motion of defendant (Limestone County School System) for stay of prodeedings and supersedeas pending appeal filed - copies served by counsel | |
| " 29 | Order denying stay of proceedings re Limestone County School System - filed and entered (Pointer) - copies mailed attorneys | |
| " 29 | Answer (Tarrant City School System) to request for admission under Rule 36 filed - copies served by counsel | |
| " 29 | Answer and argument of Tarrant City School System to motion for supplemental relief filed - copies served by counsel | |
| " 29 | Answers of Tarrant City School System to interrogatories filed - copies served by counsel | |
| " 29 | Order (Bibb County School System), that the operation of the Bibb County School System under either the order of February 11, 1970 or the modification of September 22, 1970, will effectively disestablish the dual school system based upon race; that this Court has no jurisdiction to resolve administrative and educational disputes arising in a school desegregation suit where there is no impact on desegregation; that beginning with the 1971-72 school year until ordered otherwise, the Bibb County Board of Education shall operate its school system under the desegregation plan ordered on February 11, 1970 or the modification ordered on September 22, 1970; that not later than March 31, 1971, the Bibb County Board of Education shall state in writing to the Court, with service upon the parties and applicants for intervention, its intention to operate under the plan ordered on February 11, 1970 or the modification ordered on September 22, 1970; that the December 30, 1970 Motion of Parents, Patrons and Citizens of the Six Mile Community and Randolph Community Schools except to the extent adopted by this order is otherwise denied - filed and entered (Lynne) - copies mailed attorneys | |
| Feb. 4 | Motion of plaintiff-intervenor, NEA, Inc. for further relief as to the Muscle Shoals School System filed - copies served by counsel | |
| " 4 | Request by plaintiff-intervenor, NEA for production of documents by defendant Muscle Shoals Board of Education filed - copies served by counsel | |
| " 5 | Answer of Robert E. Cunningham, Superintendent, Walker County Board of Education to motion by plaintiff-intervenor, NEA for production of documents filed - copies served by counsel | |
| " 10 | Motion of the Limestone County Board of Education, appellant, to dismiss appeal filed on January 29, 1971 - filed - copies served by counsel | |

(over)

| DATE 1971 | PROCEEDINGS | Date Order Judgment N |
|---|---|---|
| Feb 11 | Order on motion of defendant, appellant, dismissing the appeal filed by the Limestone County School System - filed and entered (Pointer) - copies mailed attorneys | |
| " 18 | Application of the United States of America, Plaintiff-Intervenor and Amicus Curiae for an order to show cause and to grant relief as to the Talladega County School System, with Affidavit of Theodore J. Garrish, Attorney, Dept. of Justice attached, filed - copies served by counsel | |
| " 18 | Application of the United States of America, Plaintiff-Intervenor and Amicus Curiae, for an order to show cause and to grant relief as to the Limestone County School System , with affidavit of Theodore J. Garrish, attorney, Department of Justice attached, filed - copies served by counsel | |
| " 22 | Order that on February 24, 1971 at 2 p.m., in the Courthouse of this Court at Birmingham, the Limestone County Board of Education, Superintendent C. S. Pettus and Principal Paul Hargrove shall appear and show cause why the relief set forth in the Feb. 18, 1971 Application of the United States should not be granted; and further ordering that the U. S. Marshal serve a copy of this Order on Superintendent C. S. Pettus and Principal Paul Hargrove, filed and entered (Pointer) - copies mailed attorneys | |
| " 22 | Writ to serve the order to show cause on Superintendent Pettus and Principal Hargrove issued - del. to U. S. Marshal for service | |
| " 24 | On Hearing before the Hon. Sam C. Pointer, Jr. on order to show cause in the case of Limestone County Board of Education - statements and presentations made by counsel and interested parties - no testimony - Findings of Fact and Conclusions of Law dictated into the record with oral order for court reporter to transcribe same and submit to the court - | |
| " 24 | Clerk's Court Minutes that the court having dictated his findings and conclusions into the record, this case be continued for final order to be entered by the court - filed and entered | |
| " 25 | Motion and Notice of Motion by defendant Walker County Board of Education to dismiss the motion for further relief filed - copies served by counsel - | |
| " 25 | Motion and Notice of Motion by defendant Walker County Board of Education for more definite statement by plaintiff-intervenor, NEA, Inc. filed - copies served by counsel | |
| Mar. 3 | Order granting request of petitioner Tuscaloosa County Board of Education for a new school to be located within the Duncanville area of Tuscaloosa County and to continue the operation of an elementary school within that area, no objections being made from any party to this cause, and directing the school should be located within the area designated as Duncanville on the map attached to the Petition and the location to be reasonable and available considering transportation and population to all students within the Duncanville School zone filed and entered (McFadden) - copies del. to attorneys for the school - copies mailed other attorneys | |
| " 3 | Writ to serve order to show cause on C. S. Pettus, Superintendent, Limestone County Schools and Paul Hargrove, Principal on February 23, 1971, and filed | |
| " 4 | Motion of the United States, Plaintiff-intervenor for supplemental relief as to the Anniston City School System filed - copies served by counsel | |
| " 4 | Memorandum of the United States, Plaintiff-intervenor, in support of motion for supplemental relief as to the Anniston City School System filed - copies served by counsel | |
| " 5 | Motion of plaintiff-intervenor, National Education Association, Inc. to expedite relief as to Shelby County School System filed - copies served by counsel | |
| " 5 | Objections by plaintiff intervenor, National Education Association, Inc. to "non-racial criteria" as to the Shelby County School System filed -copies served by counsel | |

| DATE 1971 | PROCEEDINGS | Date Order Judgment |
|---|---|---|
| Mar. 5 | Request by the United States of America for production of documents by the Tuscaloosa County System filed - copies served by counsel | |
| " 30 | Motion of plaintiff-intervenor, NEA, Inc. for further relief as to the Decatur City School System filed - copies served by counsel | |
| " 30 | Request by plaintiff-intervenor, NEA for production of documents as to the Decatur City School System filed - copies served by counsel | |
| Apr. 8 | Motion of the United States for further relief to effectuate the principles expressed in the March 20, 1970 order respecting the Tuscaloosa City School System filed - copies served by counsel | |
| " 20 | Answer of defendant Decatur City Board of Education to the motion for further relief by plaintiff-intervenor, National Education Association, Inc., filed - copies served by counsel | |
| " 20 | Answer of defendant Decatur City School System to request for production of documents filed - copies served by counsel | |
| May 10 | Request of the United States of America for admission by the Tuscaloosa City Board of Eduation and Superintendent Hugh Stegall filed - copies served by counsel | |
| " 12 | Motion of the United States of America as to the Tuscaloosa County School System to show cause and for supplemental relief filed - copies served by counsel | |
| " 13 | Motion of plaintiff-intervenor, NEA, Inc. for further relief as to the Clay County School System filed - copies served by counsel | |
| " 14 | Motion of The United States for the Decatur City School System to show cause and for supplemental relief filed - copies served by counsel | |
| " 17 | Motion of the Calhoun County School System for approval of the school board's action in this matter filed - copies served by counsel | |
| " 17 | Motion of plaintiff-intervenor, NEA, Inc. for further relief as to Colbert County School System filed - copies served by counsel | |
| " 17 | Request of plaintiff-intervenor, NEA for production of documents as to Colbert County School System filed - copies served by counsel | |
| " 26 | Notice that United States of America will bring motion for supplemental relief filed on April 8, 1971 for oral hearing and argument on June 1, 1971 at 2:00 p.m. before Judge Grooms, regarding Tuscaloosa City Board of Education filed - copies served by counsel | |
| June 1 | Answer of Tuscaloosa City Board of Education (Tuscaloosa City System) to request for admissions under Rule 36 filed - copies served by counsel | |
| " 1 | Answer of Tuscaloosa City Board of Education to motion for supplemental relief - filed - copies served by counsel | |
| " 1 | Memorandum of United States of America (Tuscaloosa City School System) in support of motion for supplemental relief filed - copies served by counsel | |
| " 1 | Motion of defendant Colbert County Board of Education of its intention to appear, take testimony, and present argument, at hearing of motion of NEA, Inc. at 2:00 PM on June 1, 1971, filed - copies served by counsel | |
| " 1 | Motion of defendant Colbert County Board of Education to dismiss or strike motion for further relief filed by plaintiff-intervenor, NEA, Inc, filed - copies served by counsel | |
| " 1 | Hearing before the Hon. H. H. Grooms on plaintiff intervenor's motions for supplemental relief regarding Tuscaloosa City Board of Education -Plaintiff intervenor's testimony - written order to be entered - Application of the U.S.A., plaintiff-intervenor for an order to show cause and to grant relief as to Talladega County System is continued to 9:30 June 9, 1971 - Motions of plaintiff intervenor, NEA, for production of records (Colbert County System) continued to 1:30 PM, June 9, 1971, records to be produced on | |

| DATE 1971 | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| June 2 | Order, dated June 1, 1971, (Talladega County School System), that on June 9, 1971, at 9:30 A.M., in the Courthouse of this Court at Birmingham, Alabama, the Talladega County Board of Education and Superintendent J. R. Pittard shall appear and show cause why the relief set forth in the February 18, 1971 Application for an order to show cause of the U.S. should not be granted, and why this Court should not enter such orders as may be necessary and appropriate to ensure the full implementation of the court orders in this cause; further that the U. S. Marshal shall serve a copy of this order on Superintendent J. R. Pittard of the Talladega County Board of Education - filed and entered (Grooms) - copies mailed attorneys - copy del. to U.S. Marshal for service on J.R. Pittard | |
| " 2 | Order, dated June 1, 1971, (Calhoun County School System), approving modifications as shown in order, no objections being made to the changes - filed and entered (McFadden) - copies mailed attorneys | |
| " 3 | Hearing before the Hon. Frank H. McFadden on plaintiff-intervenor's (USA) motion to show cause and for supplemental relief and plaintiff NEA's motion to produce and for further relief (Decatur City School System) - Defendant's (Decatur City School System) testimony - Defendant rests - Plaintiff intervenor's (USA) testimony - Plaintiff-intervenor rests - Proposed Findings of Fact and Conclusions of law to be submitted to the Court by June 14, 1971 | |
| " 3 | Deposition of Dr. Curtis P. Sellers taken at instance of plaintiff-intervenor, U.S.A. (Decatur City System) filed | |
| " 7 | Motion of defendant, Muscle Shoals School System, to allow said defendant to file motion to dismiss or strike the motion for further relief filed by plaintiff-intervenor, NEW, INC. filed - copies served by counsel | |
| " 9 | Hearing on motion to show cause and motion for supplemental relief as to Talladega County School System before the Hon. H. H. Grooms - Opening statements by counsel - Respondent's testimony - Respondents rest - U.S.A. Intervenor's testimony - U.S.A. Intervenor rests - Oral order requiring Superintendent of Talladega County Board of Education, J. R. Pittard, to offer Ervin Romine, Jr. a specific elementary principalship within the next 30 days entered - Oral order denying supplemental relief entered | |
| " 9 | Clerk's Court Minutes entering Judgment on Decision by the Court that J. R. Pittard, Superintendent of Talladega County Board of Education, offer Ervin Romine, Jr. a specific elementary principalship within the next 30 days; further ordering that motion for supplemental relief is denied - filed and entered at Birmingham, Alabama - copies mailed attorneys | |
| " 10 | Order on motion to show cause and for supplemental relief (Talladega County School System) that motion for supplemental relief is granted with respect to Romine and denied in all other respects, and the order is hereby discharged, except in the particular indicated - filed and entered (Grooms) - copies mailed attorneys | |
| " 10 | Answer of defendant Colbert County Board of Education to motion for further relief filed - copies served by counsel | |
| " 11 | Motion of Tuscaloosa City Board of Education for additional hearing on Motion for supplemental relief filed by by the Department of Justice on April 8, 1971 - filed - copies served by counsel | |
| " 11 | Answer of the Clay County School System to the complaint filed - copy served by counsel | |

Continued to next page

| DATE 1971 | PROCEEDINGS | Date Or Judgmen |
|---|---|---|
| June 11 | On Hearing before the Hon. H. H. Grooms on motion of NEA for further relief as to the Muscle Shoals City - order overruling defendant's motion that NEA not in the case - testimony of Intervenor NEA on its motion for further relief - taken under advisement - intervenor allowed five days to file brief - defendant allowed five days to reply - | |
| " 11 | On hearing before the Hon. H. H. Grooms on motion of NEA for further relief as to the Colbert County School System - testimony of Intervenor NEA - introduction of defendant's testimony - taken under advisement - intervenor granted five days to file brief and defendant allowed five days to respond - defendant to file teacher assignments August 1, 1971 - | |
| " 15 | Memorandum of plaintiff-intervenor United States as to the Decatur Dity School System filed - copies served by counsel | |
| " 17 | Motion and Notice of setting of motion for further relief by plaintiff-intervenor, NEA, regarding the Tuscaloosa County School System, filed - copies served by counsel (copy del. to Judge McFadden's office) | |
| " 23 | Agreement of parties to this cause that consent order be executed by the Court filed regarding Anniston City School System | |
| " 23 | Judgment, by consent, that all students in the Anniston City public school system shall attend the school located within the attendance zone of their legal residence except that the school system shall permit a student attending a school in whichhis race is in the majority to choose to attend another school where his race is in the minority, etc. and entry of this order shall not prejudice the right of the United States to pursue the other matters alleged in the March 4, 1971 motion and not resolved by this order filed and entered (Allgood) - copies mailed attorneys | |
| " 23 | Motion of the members of the Oxford City Board of Education regarding proposed new school library filed - (copy of plan attached) - copies served by counsel )set on July 16th motion docket - Judge McFadden) | |
| " 23 | Nonracial objective criteria to be used by the Sumter County Board of Education in employing, dismissing, transferring and demoting teachers and staff members filed in open Court June 22, 1971 (Grooms) | |
| " 23 | Order,on motion of plaintiff-intervenors for further relief,overruling said motion and allowing any objections to the criteria filed in open court to be filed within fifteen days from receipt of this order filed and entered (Grooms) (Re: Sumter County School System) | |
| " 29 | Report of the Colbert County Board of Education's Non-Racial ObjectionCriteria filed - copy del. to Judge Grooms | |
| " 29 | Memorandum brief of defendant Colbert County Board of Education filed - copies served by counsel | |
| " 30 | Motion of The United States, plaintiff-intervenor, for hearing on the unresolved issues raised by the March 4, 1971 Motion for Supplemental Relief filed regarding the Anniston City School System filed - copies served by counsel - copy sent to Judge Allgood | |
| " 30 | Certified copy of Opinion-Order entered by the U. S. Court of Appeals as to the Calhoun County School System and City of Oxford School System and vacating the judgment of the district court as it relates to student assignment and remanding with directions that the district court require the School Board forthwith to institute and implement a student assignment plan that complies with the principles established in Swann v. Charlotte-Mechlenburg Board of Education, etc.; and the district court shall require the School Board to file semi-annual reports during the school year filed - (Before: Wisdom, Coleman and Simpson, Circuit Judges) (exhibits returned) | |

(over)

| DATE 1971 | PROCEEDINGS | Date Order Judgment No |
|---|---|---|
| July 1 | Motion of Donelson B. Horton, Charles E. Schrimsher and Raymond L. Marsh, as Trustees of the Mooresville - BelleMina School to intervene as plaintiffs in this matter pertaining to the Limestone County School System, with pleadings of applicants for intervention attached, filed - del. to Bill Wood | |
| " 6 | Report of the Tuscaloosa City Board of Education of construction of additional classrooms and alteration of zone lines filed - copies served by counsel (copy del. to Judge Grooms) - See entry of Dec. 13, 1971 | |
| " 6 | Notice that the United States of America will take the deposition of Elvin Hill, Superintendent, Shelby County Board of Education, at 1 p.m. on July 13, 1971, at his office filed - copies served by counsel | |
| " 7 | Objections of the United States to non-racial objective criteria pertaining to the Sumter County School System filed - copies served by counsel (in Judge Grooms' motion folder) | |
| " 8 | Motion of the United States of America for supplemental relief as to the Sheffield City School System filed - copies served by counsel DEL. to Judge Allgood | |
| " 8 | Agreement of parties for consent order as to the Oxford City Board of Education filed | |
| " 8 | Consent Judgment approving the construction of a new library by the Oxford City Board of Education filed and entered (McFadden) cm | |
| " 9 | Motion of the plaintiffs-intervenors for reconsideration of the order of June 23, 1971 as to the Sumter County School System filed - copies served by counsel in Judge Grooms motion folder | |
| " 12 | Objections by plaintiff-intervenor, NEA, Inc. to Nonracial Objective Criteria proposed by Sumter County Board of Education filed - copies served by counsel in Judge Grooms motion folder | |
| " 13 | Deposition of Dr. L. Charles Sprayberry (Tuscaloosa County System) taken on behalf of plaintiff intervenor, U.S.A. filed | |
| " 13 | Memorandum Opinion of the Hon. Frank H. McFadden filed and entered - cm | |
| " 13 | Order Judgment, pursuant to the Memorandum Opinion filed contemporaneously herewith, that the Decatur City Board of Education will within 15 days develop, filed with the Court, and serve upon the parties the non-racial objective criteria required by the Feb. 11, 1970 court order; and the said Board shall within 30 days appoint William L. England and C. Leon Sheffield to principalships in the Decatur system, etc.; and the vacancy at Decatur High School shall be filled in conformity with the requirements of the Feb. 11, 1970 Court order filed and entered (McFadden) cm | |
| " 14 | Motion of defendant Limestone County Board of Education for more definite statement of intervenor-applicant's application to intervene filed - copies served by counsel (copy sent to Judge Pointer) | |
| " 16 | Motion by the Sheffield City School System for hearing on United States of America's motion for supplemental relief filed July 8, 1971, filed - copies served by counsel - del to Judge Allgood | |
| " 16 | Order on application of Donelson B. Horton, Charles E.Schrimsher and Raymond L. Marsh for leave to intervene in this cause relating to the Limestone County School System, denying said application to intervene; however, the court is of the opinion that such individuals or one of them/be designated as spokesman and representative for white parents in the Mooresville-Belle Mina School area and that such persons do have substantial interest in the presentation and approval of modifications proposed for the disestablishment of the dual school system and the Court likewise is of the opinion that spokesmen for black students could likewise be of assistance to the Court; and the Court further directing that proposed plans for changes in said system for 1971-72 be filed with the Court by July 26, 1971, etc. filed and entered (Pointer) cm | |

| DATE 1971 | PROCEEDINGS | Date Order or Judgment |
|---|---|---|
| July 21 | Order on motion of plaintiff-intervenor, National Education Association, Inc. for further relief as to the Colbert County School System, granting the same as follows: 1. The Board is directed to give due consideration to the claims of the individuals herein considered in filling the first vacancies in positions for which they qualify and race shall in no respect be a factor in the filling of any such vacancies; 2. The Board shall for the school year 1971-72 comply with the Singleton rule and within ten days before the opening of the 1971-72 term, the Board will file with the Court a list of the assignments so made; and overruling the motion as to other relief sought; and those objecting to the criteria filed with the Court, shall file such objections within 20 days from the date hereof filed and entered (Grooms) cm | |
| " 22 | Motion of plaintiff-intervenor, NEA, Inc., as to the Talladega County Board of Education to show cause and supplemental relief regarding principalship to Ervin Romine - copy served by counsel In Judge Grooms' motion folder | |
| " 22 | Order setting a hearing on the motion for supplemental relief filed by the United States on November 12, 1970, as to the Tarrant City School System at 9 a.m. on August 16, 1971 before the Hon. Sam C. Pointer, Jr., filed and entered (Lynne) copies served by United States Attorney | |
| " 22 | Order setting a hearing on the motion for supplemental relief filed by the United States on December 23, 1970, and the motion for temporary restraining order and for preliminary injunction filed by the National Education Association on July 15, 1970, as to the Shelby County School System before the Hon. Frank H. McFadden in Birmingham at 10 a.m. on August 2, 1971 filed and entered (Lynne) copies served by U. S. Attorney | |
| " 22 | Order on motion of National Education Association, Inc., plaintiff-intervenor, for further relief as to the Muscle Shoals School System, overruling defendant's motion to dismiss or to strike; and granting the motion for further relief in that the Court directs the Board to develop and to file with the Court within 30 days non-racial objective criteria to be used in the employment, demotion and dismissal of all professional personnel and in the interim the Board will ashere to Singleton with respect to Charles L. Carter and will offer Carter the first vacancy in a principalship or assistant principalship for which he qualified and overruling the motion in other respects filed and entered (Grooms) cm | |
| " 23 | Order setting out directions to the Morgan County School system to provide for full student desegregation in the Morgan County School System filed and entered (Allgood) cm | |
| " 23 | Notice that the motion of the Tuscaloosa City Board of Education for additional hearing on the United States' motion for supplemental relief is set for 1:30 p.m., Driday, July 30, 1971 (Grooms) filed - copies mailed | |
| " 26 | Two suggested plans for the desegregation of Limestone County Schools, indicated as Plan A and Plan B, filed (del. to Judge Pointer's office) | |
| " 26 | Compliance report as required by decree of July 13, 1971, filed on behalf of the Decatur City School System - ( copy sent of Judge McFadden) | |
| " 26 | Desegregation plan for the Limestone County Board of Education for implementation 1971-72 school year filed - (copy sent to Judge Pointer) | |
| " 27 ✓ | Judgment, by consent, as to the Clay County School System plans and policies of desegregation, with consent of parties filed July 23, 1971, attached, filed and entered McFadden) cm | |
| " 28 | Order, pursuant to the mandate of the U. S. Court of Appeals, regarding the Calhoun County and Oxford City School Systems, that said systems prepare desegregation plans to be filed and served upon the parties no later than August 2, 1971, and all parties to file objections if any, by August 4, 1971, and setting a hearing on any objections on August 6, 1971 at 11 a.m. in Birmingham; and on each Sept. 30 and Jan. 30 the said board shall file reports and directing the U. S. Marshal to serve copies of this order on, | |

| DATE 1971 | PROCEEDINGS | Date Order Judgment N |
|---|---|---|
| July 28 | the Superintendents of Education for the said systems filed and entered (McFadden) - copies del. to U. S. Marshal for service | |
| " 30 | Motion of plaintiff-intervenor, NEA, Inc. for reconsideration of Order entered July 22, 1971 as to the Muscle Shoals School System filed - copies served by counsel (del. to J. Grooms) | |
| " 30 | Report of the Decatur City School System filed - copies served by counsel | |
| " 30 | On Hearing before the Hon. H. H. Grooms regarding the Tuscaloosa City Board of Education for further relief - testimony of Dr. H. H. Steagall for defendant - | |
| " 30 | Agreement of parties for entry of Consent Order by the Court as to the Clay County School System filed | |
| "" 30 | Judgment, by consent, pursuant to the agreement executed by the attorneys for parties as to the Clay County School System that the Clay County Board of Education neither adopted nor applied non-racial objective criteria in making the assignments of principals for the 1970-71 school year; for the 1969-70 school year Mr. Alfred Sims served as principal at Ashland Junior High School; for the 1970-71 school year Ashland Junior High School was closed pursuant to court order and for the 1970-71 school year Mr. Sims was demoted to a teaching position at the Millerville Elementary School and to correct the effects of past non-compliance ordering the Clay County Board to assign Mr. Sims to position of assistant principal at the Clay County High School effective 1971-72 school year; and to pay him in addition to his base salary and raises the salary supplement he was receiving as principal at Ashland Junior High School for the 1969-70 school year; and ordering the Board to offer him the next available principalship vacancy which occurs at an Elementary or Junior High School in Clay County School System and continuing all other orders in full force and effect except as modified herein filed and entered (McFadden) cm | |
| " 30 | Memorandum Opinion and Order of the Hon. Sam C. Pointer, Jr. as to the Limestone County Board of Education (New Hope School) that the said board shall implement the set out provisions for the 1971-72 school year modifying zone lines, etc.; directing the Board to filed reports with this Court on September 15 and February 1, etc., and cautioning all counselthat any appeals from this order are to be processed in accordance with Part III of Singleton v. Jackson Municipal Separate School District AND that three legible copies of all matters pertinent to the issues presented on the appeal are to be filed and no extensions will be allowed except by order of the panel of the Fifth Circuit to which the appeal is assigned filed and entered (Pointer) cm | |
| Aug. 3 | Motion of plaintiff-intervenor, NEA., Inc., for further relief as to the Florence City School System filed - copies served by counsel (copy del. to Judge Allgood) Notice to parties of filing of motion attached | |
| " 3 | Request of plaintiff-intervenor, NEA, for production of documents by defendant Florence City Board of Education filed - copies served by counsel | |
| " 4 | Order, returned executed July 29, 1971 on Charles Boozer, Supt., Calhoun County Board of Education; onJuly 28, 1971 on Shelley Shew, President, Oxford City Board of Education; on July 28, 1971 on H. R. Burnham, Oxford City School System; on July 29, 1971 on John R. Phillips, Oxford City School System, and filed | |
| " 4 | Order on motion of the United States, Intervenor, for supplemental relief as to the Tuscaloosa City School System granting said motion in that the Board shall direct such steps as reasonable to determine the true location of a student's residence, the Board shall verify and confirm the truth of any reported change of address, etc.; and overruling the motion insofar as it seeks a compulsory desegregation of the non-professional staff employees, and the Board will within 20 days of the beginning of the 1971-72 school | |

D. C. 110A Rev. Civil Docket Continuation SOUTHERN DIVISION CA 70-251 #11

| DATE 1971 | PROCEEDINGS | Date Ord. Judgment |
|---|---|---|
| Aug. 4 | Cont'd term, file a further summary of staff assignments at the several schools in the System filed and entered (Grooms) cm | |
| " 4 | Response of the United States pursuant to the July 28, 1971 court order regarding the Calhoun County and Oxford City School Systems filed - copies served by counsel | |
| " 4 | Plan submitted by the Calhoun County Board of Education and the Oxford City Board of Education to comply with the mandate of the U. S. Court of Appeals as ordered by this court on July 28, 1971 filed - copy sent to J. McFadden | |
| " 4 | Response of the Calhoun County Board of Education to the order of the Court to prepare and file a plan to fully desegregate the Thankful School filed - copies served by counsel - copy sent to J. McFadden | |
| " 5 | Petition (letter dated Aug. 4, 1971) of the St. Clair County Board of Education to allow them to amend desegregation plan as it pertains to the Coal City Elementary School filed - (Set at 1:30 p.m. Aug. 20) del. to J. Grooms | |
| " 5 | Order returned executed July 23, 1971 on the Shelby County School System and on the Tarrant City School System, and filed | |
| " 6 | On Hearing before the Hon. F. H. McFadden for production of evidence in support of and in opposition to the alternative plans submitted by the Calhoun County Board of Education - introduction of plaintiffs' testimony - plaintiffs rest - introduction of defendant's (Calhoun County) testimony - defendant Calhoun County rest - introduction of defendant's (Oxford City Schools) testimony - defendant (Oxford) rest - case taken under advisement - written judgment to be entered - | |
| " 6 | Clerk's Court Minutes that this case is taken under advisement; written order to be entered filed and entered | |
| " 6 | Order Judgment that the Calhoun County Board of Education shall completely pair the schools at Eulaton, Mechanicsville and Thankful; the Calhoun County Board of Education and the Oxford City Board of Education shall implement Plan III, filed August 4, 1971, assigning grades as indicated, etc. filed and entered (McFadden) - copies distributed to parties by the Court | |
| " 10 | Objections of the United States to Colbert County non racial objective criteria filed - copies served by counsel - del. to J. Grooms | |
| " 11 | Findings of Fact and Conclusions of Law and Final Order of the Hon. Frank H. McFadden, dated August 10, 1971, as to the Shelby County School System to remedy the effects of the violations of the February 13, 1970 court order filed and entered - cm | |
| " 11 | Amended nonracial objective criteria to be used by the Sumter County Board of Education filed - copies served by counsel - copy del. to J. Grooms | |
| " 16 | Motion of defendant Colbert County Board of Education to dismiss the objections filed by United States of America filed - copies served by counsel - del. to J. Grooms | |
| " 16 | Response of Sheffield City School System to motion for supplemental relief filed by the United States of America on July 8, 1971, filed - copies served by counsel - del. to J. Allgood | |
| " 18 | Notice of appeal of Oxford City Board of Education from order entered August 6, 1971, as it related to the Calhoun County School System and the City of Oxford, Alabama, filed - certified copies mailed to Clerk, U. S. Court of Appeals, New Orleans, La. and to attorneys for other parties | |
| " 19 | On hearing on August 16, 1971, Tarrant City School System, before the Hon. Sam C. Pointer - Arguments by counsel - Written order to be entered | |
| " 19 | Clerk's Court Minutes entering judgment on decision by the Court that this case is taken under submittion - written order to be entered (Tarrant City) filed on August 16, 1971 - | |

(over)

| DATE 1971 | PROCEEDINGS | Date Order Judgment N |
|---|---|---|
| Aug. 20 | Order approving the nonracial objective criteria filed herein by the Sumter County Board of Education on August 11, 1971, filed and entered (Grooms) - copies mailed attorneys | |
| " 20 | Order overruling the motion of plaintiffs-intervenors for reconsideration of the order entered herein on June 23, 1971 as to the Sumter County School System filed and entered (Grooms) | |
| " 20 | On Hearing before the Hon. H. H. Grooms as to the Talladega County School System on motion of plaintiff-intervenor NEA filed July 22, 1971, for order to show cause, etc. re Ervin Romine - introduction of movant's NEA testimony - introduction of defendant's testimony - argument of counsel - taken under advisement | |
| " 20 | Order amending the desegregation plan of St. Clair County on the petition of the St. Clair County Board of Education to amend filed and entered (Grooms) cm | |
| " 20 | Revised plan of the Oxford City Board of Education and joined by the City of Hobson, Alabama, along with motion for rehearing on the decree entered by the Court on August 6, 1971, filed - signed by attorneys for the Oxford City Board ofEducation and attorney for plaintiffs and plaintiff intervenor NEA - copies served by counsel | |
| " 23 | Transcript of proceedings before the Hon. Frank H. McFadden at Birmingham on August 6, 1971 filed - (original and 2 copies) | |
| " 23 | Order, dated August 20, 1971, that "Revised Attachment D" included with this order be substituted for Attachment D and made part of the July 30, 1971 order, filed and entered (Pointer) cm (Limestone County School System) | |
| " 23 | Report of the Colbert County Schools on racial composition of faculty and staff for 1971-72 per order of July 21, 1971 filed - ~~copy~~ del. to J. Grooms | |
| " 23 | Petition of Oxford City Board of Education for hearing on conflict between the decree of this Court dated August 6, 1971 and Executive Order No. 22 dated August 18, 1971, with ORDER thereon setting same for hearing on August 24, 1971 at 1:30 p.m. before Judge Pointer filed | |
| " 23 | Motion of the County Board of Education of Calhoun County, Alabama for clarification and instructions with ORDER thereon setting same for hearing at 1:30 p.m. August 24, 1971 before Judge Pointer filed | |
| " 24 | On Hearing before the Hon. Sam C. Pointer, Jr. on motions filed August 23, 1971 as to Calhoun County Board of Education and Oxford City Board of Education - statement made by the Court and counsel - statement made by Governor George Wallace's representative, John Harris - decision by the Court that the order of August 6, 1971 remain in effect until rehearing set before Judge Frank McFadden on September 2, 1971 or if changed by the Fifth Circuit Court of Appeals - order giving both boards option to postpone opening of schools until September 7, 1971 entered - | |
| " 24 | Clerk's Court Minutes that the order of August 6, 1971 remain in effect until rehearing set before Judge Frank McFadden on September 2, 1971 or if and when it is changed by the Fifth Circuit Court of Appeals and further ordering that both boards have option to postpone opening of schools until September 7, 1971 filed and entered<br>(Aug. 26, 1971 notice sent to parties that rehearing is set before Judge McFadden on September 2, 1971 at 10 a.m., in Courtroom No. 1) | |
| " 28 | Order, dated August 27, 1971, upon consideration of the evidence on file and the evidence presented at the hearing conducted on August 16, 1971, as to the Tarrant City School System that the said Board of Education shall cease permitting attendance at Tarrant Schools of students residing in the several school systems of Jefferson County, with set out exceptions; that school assignment shall be determined by the legal residence of a student's parents or the legal residence of his custodial guardian if the student actually resides with his custodial guardian, etc; and said Board to file reports on Sept. 30 and Jan 30, until directed otherwise filed and entered | |

D. C. 110A Rev. Civil Docket Continuation SOUTHERN DIVISION CA 70-251 #12

| DATE 1971 | PROCEEDINGS | Date Ord Judgment |
|---|---|---|
| Aug. 31 | Petition of defendants Greene County Board of Education to modify the desegregation plan previously filed and approved herein, with affidavit of Jack Drake and proposed order attached, filed - copies served by counsel - del. to J. McFadden by Attorney Drake | |
| " 31 | Deposition of Elvin Hill, taken on behalf of plaintiff-intervenor, filed | |
| " 31 | Order granting the petition of defendants to modify the school desegregation plan for Greene County approved by order of the three-judge panel entered February 12, 1970, and modifying said plan as set forth filed and entered (McFadden) cm | |
| Sept. 1 | Motion of the Oxford City Board of Education to require the Calhoun County Board of Education to produce at the hearing in this cause on September 2, 1971 at 10 a.m. filed - del.to J. McFadden | |
| " 1 | Order, dated Aug. 27th, returned executed Aug. 28, 1971 on Attorney James Tingle | & filed |
| " 1 | Certified record on appeal relating to appeal by OXFORD CITY BOARD OF EDUCATION Calhoun County mailed to Clerk, U. S. Court of Appeals, New Orleans, La. - exhibits hearing August 6, 1971, mailed with record - copies of transmittal letter and docket entries mailed to attorneys | |
| " 1 | Order, after informal hearing in chambers on August 9, 1971, all parties being represented by counsel, etc.,denying the motion of the United States insofar as it calls for the development of a desegregation plan which will fully desegregate the Southeast School;(Sheffield City School System)and further ordering the City Board of Education of Sheffield make available to the United States all requested information relating to the operation of the school system and provide all pupil locator information previously prepared and shall file semi-annual reports during the school year 1971-72 filed and entered (Allgood) cm | |
| " 2 | Objection by the Calhoun County Board of Education to revised plan filed - copies served by counsel | |
| " 2 | Order directing the Tarrant City Board of Education to receive into attendance within the Tarrant City School System Joey Bruce upon a certificate being filed with the Tarrant City Board of Education from the Birmingham City Board of Education consenting to such transfer, and upon a certificate from the principal at Huffman High School attesting that the enrollment at such High School exceeds 75% white student population filed and entered (Pointer) copies mailed attorneys and Superintendents of said systems | |
| " 7 | On Hearing before the Hon. F. H. McFadden on September 2, 1971, as to the Calhoun County and Oxford City Boards of Education, on motion of Oxford City Board for rehearing on the Court's order of August 6, 1971, and motion to modify the plan heretofore approved by the Court - motion for rehearing granted - Defendant's (Oxford City Board) testimony - defendant (Oxford City Board) rest - defendant's (Calhoun County Board) testimony - defendant (Calhoun County Board) rest - defendant's (Oxford City) rebuttal testimony - defendant's (Oxford City) rest - oral argument of counsel - motion of Oxford City Board to modify plan approved by the Court on August 6, 1971 is denied - order of the Court entered August 6, 1971 is affirmed | |
| " 7 | Clerk's Court Minutes that the motion of the Oxford City Board of Education to modify the plan approved by the Court on August 6, 1971, is denied and further ordering that the order of this Court entered on the 6th day of August, 1971 in this cause is affirmed - written order to be entered, filed and entered September 2, 1971 | |
| " 7 | Order, dated September 2, 1971, and filed September 3, 1971 as to the Oxford City Systems, granting the motion of the Oxford City Board of Education, in which the plaintiffs and plaintiff-intervenor, National Education Association, Inc., have joined, for a rehearing on the decree entered by the Court in this cause on August 6, 1971; and further denying the petition of the Oxford City Board | |

over

| DATE 1971 | PROCEEDINGS | Date Orde Judgment N |
|---|---|---|
| Sept. 7 | of Education, in which plaintiffs and plaintiff-intervenor, National Education Association, Inc., joins, to revise the school desegregation plan approved by the order of August 6, 1971, filed and entered (McFadden) cm (Exhibits in brown manila envelope) | |
| " 8 | Petition (Morgan County School System) by Robert C. Street, Karl Hough, Alvis G. Briscoe, Francis A. Collier and Delano H. Johnson, as members of the Morgan County Board of Education, and George F. Nancarrow, as Superintendent, for modification of the order in this cause of July 23, 1971, filed - copies served by counsel del. to J. Allgood | |
| " 8 | Order respecting children of teachers, who reside within the Talladega and Sylacauga City School Districts, and who teach in the Talladega County System filed and entered (Grooms) cm | |
| " 8 | Order on motion of plaintiff-intervenor N.E.A., Inc. to show cause, and for supplemental relief that the judgment of the Court is that Principal Romine be retained in his present position as assistant principal of the Talladega County High School, and that he be tendered the next vacancy in an elementary principalship for which he may be qualified and discharging | |
| " | the order to show cause and the prayer for further relief is denied other than as hereinabove granted filed and entered (Grooms) | |
| " 8 | Order on objections to non-racial objective criteria pertaining to the Colbert County School System, with Appendix attached giving the nonracial objective criteria; and ordering that a copy of these nonracial objective criteria be furnished by said Board to each of its teachers and staff members filed and entered (Grooms) cm | |
| " 9 | Response of United States of America to defendants' petition for modification as to the Morgan County School System filed - copies served by counsel | |
| " 9 | Response of defendant Muscle Shoals School System to motion by plaintiff-intervenor, NEA, Inc. for reconsideration filed in open court August 20, 1971 (Grooms) | |
| " 9 | Non-racial objective criteria to be used in employment, etc. of all professional personnel by the City Board of Education of the City of Muscle Shoals, Alabama, filed - copies served by counsel | |
| " 9 | Order that the Muscle Shoals City Board of Education has filed a nonracial objective criteria as directed by this Court in its order of July 22, 1971 and any party having objections thereto shall file the same with the Clerk within 15 days from the date of this order filed and entered (Grooms) | cm |
| " 9 | Order overruling the motion of Intervenor for reconsideration of the Court's order of July 22, 1971 filed and entered (Grooms) cm | |
| " 9 | Motion of defendant Sumter County Board of Education for temporary injunction to enjoin plaintiff-intervenors from interfering with the operation of the Sumter County School System and encouraging students to boycott, etc. filed - copies served by counsel | |
| " 9 | Order on motion of Sumter County Board of Education for temporary injunction setting same for hearing on September 17, 1971 at 9:30 a.m. filed and entered (Grooms) cm | |
| " 13 | Order Judgment on request of the Morgan County Board of Education that this Court modify its order of July 23, 1971, authorizing said Board to close the Moulton Heights Elementary School and transfer all the students there enrolled to the Est Morgan School; in the event the Moulton Heights Elem. School is closed and the students presently enrolled there transferred to the West Morgan School, the present faculty of Moulton Heights Elem. School will be transferred and reassigned to the West Morgan School; and in the event the State of Alabama Dept of Public Health prevents the transfer of additional students to the West Morgan School, the said Board will continue to operate the Moulton Heights Elem. School in strict accordance with order of July 23, 1971, filed and entered (Allgood) cm | |

| DATE 1971 | PROCEEDINGS | Date Order or Judgment |
|---|---|---|
| Sept. 16 | Report of the Anniston City School System pursuant to order of the Court dated June 23, 1971 filed ) del. to J. Allgood - copies served by counsel | |
| " 17 | Notice of Appeal by plaintiff-intervenor, NEA, from the order of July 22, 1971 and further order entered September 9, 1971 as to the Muscle Shoals School System filed - certified copies mailed to U. S. Court of Appeals and counsel | |
| " 17 | Appeal Bond $250.00 filed - | |
| " 17 | Designation of record on appeal by plaintiff-intervenor, NEA, filed - copy served by counsel - re Muscle Shoals School System | |
| " 17 | On Hearing before the Hon. H. H. Grooms on the motion for Temporary Injunction by the Sumter County Board of Education - parties made known to the Court they had reached an agreement - written order to be entered | |
| " 17 | Order in accordance with the agreement of parties as to the Sumter County School System that the said Board of Education seek technical assistance from the Office of Education, Dept. of H.E.W. and directing that office to have representatives confer with the Sumter Board, representatives of the faculty, and representative from the community in an attempt to create an advisory committee on special educational problems, the office of Education to attempt to have this advisory committee in operation within 90 days and shall report to the Court on progress achieved in Sumter County and continuing the motion for temporary injunction pending further order of this Court filed and entered (Grooms) cm | |
| " 20 | Notice of appeal of plaintiffs-intervenors from final order entered on August 20, 1971 (Sumter County School System), filed - certified copies mailed | |
| " 20 | Bond for Costs on Appeal ($250.00) filed | |
| " 21 | Letter to Court of Appeals Oxford City School System forwarding Revised Plan, filed 8/20/71; Objections to plan, filed 9/2/71; Order 9/3/71; Exhibits, hearing 9/2/71 | |
| " 21 | Order, dated September 20, 1971, for exceptional cause shown, directing the Tarrant City Board of Education to receive into attendance Gail Frey, Kathy Belcher, Teresa Thrasher, Tina Marie Belcher and Gary Nichols within the Tarrant City Board of Education from the Birmingham City Board of Education, upon their individual applications as based upon hardship and provided the legal attendance committe of the said Board is satisfied as to the existence of said hardship filed and entered (Pointer) - copies mailed to Barnett & Tingle and U. S. Attorney | |
| " 21 | Report of the Tuscaloosa City School System pursuant to Court's order of August 4, 1971 filed - copies served by counsel copy sent to Judge Grooms | |
| " 21 | Post trial memorandum of plaintiff-intervenor, N.E.A. as to the Florence City School System filed - copies served by counsel del. to Judge Allgood | |
| " 23 | Transcript (3 copies) of proceedings before the Hon. Frank H. McFadden at Birmingham on September 2, 1971 pertaining to the Calhoun County and Oxford City School Systems filed | |
| " 23 | Notice of Appeal by United States of America, plaintiff-intervenor and amicus curiae from the order on motion to show cause and for supplemental relief entered on September 8, 1971, filed - cm (Talladega County School System) | |
| " 24 | Report of the St. Clair County School System filed - | |
| " 24 | Objections by plaintiff-intervenor NEA to purported nonracial objective criteria filed - copies served by counsel (Muscle Shoals School System)- del. to J. Grooms | |
| " 27 | Objections of the United States to MUSCLE SHOALS non-racial objective criteria - filed - copies served by counsel - del. to J. Grooms | |
| " 28 | Transcript of proceedings held on June 11, 1971, before the Hon. H. H. Grooms (in triplicate) filed | |

| DATE 1971 | PROCEEDINGS | Date Order Judgment N |
|---|---|---|
| Sept. 30 | Report of the St. Clair County Board of Education on student transfers in accordance with the order of August 20, 1971, filed | |
| " 30 | Petition of Limestone County System for clarification, instructions, etc. filed | |
| " 30 | Order on objections to non-racial objective criteria, Muscle Shoals City School System, that the Muscle Shoals City School Board and the Superintendent of said system immediately adopt and implement in employing, dismissing, transferring or demoting teachers and staff members the nonracial objective criteria set out in appendix to this order; further that a copy of these nonracial objective criteria be furnished by said Board to each of its teachers and staff members; this order encompasses the objections of plaintiff-intervenor N.E.A. and U.S.A. - filed and entered - Grooms - copies mailed | |
| " 30 | Certified record on appeal (Muscle Shoals School System) mailed to Clerk, U. S. Court of Appeals, New Orleans, La. - copies of docket entries with letter of transmittal mailed to attorneys - no exhibits offered | |
| " 30 | Answer of the Oxford City Board of Education to the information requested under Paragraph 9 of the order dated August 6, 1971 - racial criteria - filed - copies served by counsel | |
| " 30 | Findings of fact, conclusions of law and judgment,as to the Florence City School System, of the Hon. C. W. Allgood, ordering that this Court will retain jurisdiction overthis action for a period of three school years; that the said school district is required to file semi-annual reports; and ordering that said system adopt and promulgate formal non-racial objective criteria to be used in theemployment, dismissal, transferal and demotion of all professional personnel; and denying plaintiff Harvest Mitchell's prayer for relief filed and entered (Allgood) cm | |
| Oct. 1 | Motion of plaintiff-intervenor, NEA, Inc. for further relief as to the Cherokee County School System filed - copies served by counsel copy del. to J. Allgo | |
| " 1 | Response of Tuscaloosa City Board of Education to Court's order dated March 20, 1970 (racial criteria) filed - copies served by counsel - copy del. to Judge Grooms | |
| " 1 | Order as to the Anniston City School System ordering said Board to prepare an alternate desegregation plan and file with the Court and serve on the parties not later than October 25, 1971; all parties to file objections, if any, by November 8, 1971; and setting a hearing beginning at 9 a.m., November 18, 1971 and continuing on November 19, 1971; the said Board to provide parties with all requested information regarding the operation of the school system including previously prepared pupil locator maps; and directing the Clerk to serve this order by mail on all counsel and on the Superintendent of the Anniston schools filed and entered (Allgood) cm | |
| " 4 | Annual report of the Tarrant School Board pursuant to order of enforcement dated August 28, 1971 filed - copy served by counsel | |
| " 4 | Transcript of proceedings on June 9, 1971 (Talladega County School System) before the Hon. H. H. Grooms (in triplicate) filed | |
| " 4 | Transcript of proceedings on August 20, 1971 (Talladega County School System) before the Hon. H. H. Grooms (in triplicate) filed | |
| " 4 | Certified record on appeal mailed to Clerk, U.S. Court of Appeals, New Orleans, La. (Sumter County School System) - no exhibits - copies of transmittal letter with docket entries mailed attorneys | |
| " 5 | Designation of record on appeal by the United States,- plaintiff-intervenor and amicus curiae and appelllant herein, filed - copies served by counsel in regard to the Talladega County School System - | |
| " 6 | Order setting motion for temporary injunction returned, executed October 6, 1971 on Rev. F. N. Nixon, York, Alabama, and filed | |

| DATE 1971 | PROCEEDINGS | Date Ord. Judgment |
|---|---|---|
| Oct. 7 | Report of the Calhoun County Board of Education pursuant to Order of this Court dated August 6, 1971, filed - (exhibits attached) - copies served by counsel | |
| " 7 | Transcript of proceedings of December 1, 1970 before the Hon. C. W. Allgood regarding the Talladega County School System filed (Original & two copies) (Part transcribed by Ray Wester - Carmen in hospital) | |
| " 8 | Certified record on appeal Talladega County School System mailed to Clerk, U. S. Court of Appeals, New Orleans, La. - copies of docket entries and letter of transmittal mailed attorneys (Exhibits on hearings 12/1/70, 6/9/71 and 8/20/71 included as #24 - Memo. Brief of Talladega Co Bd of Ed listed as #8 on Designation of Record also included and not shown on docket entries, submitted to the Judge) | |
| " 12 | Motion of the United States of America, plaintiff-intervenor to amend findings of fact, conclusions of law and judgment pertaining to the Florence City School System filed - copies served by counsel - copy sent to J. Allgood | |
| " 15 | Notice of appeal of plaintiff-intervenor, NEA, from Findings of Fact, Conclusions of Law and Judgment of the Court entered September 30, 1971, Florence City School System filed - certified copies mailed Clerk, U. S. Court of Appeals, New Orleans, La. and to attorneys for defendants | |
| " 15 | Appeal Bond (Cash $250.00) filed | |
| " 15 | Designation of record on appeal filed - copies served by counsel - Florence City School System | |
| " 26 | Alternate desegregation plan Anniston City Board of Education filed - copies served by counsel | |
| " 29 | Certified record on appeal (Florence City School System) mailed to Clerk, U. S. Court of Appeals, New Orleans, La. - copies of docket entries and transmittal letter mailed attorneys (No transcript and no exhibits mailed) | |
| Nov. 8 | Response of the United States to defendants' alternate plan of desegregation filed - as to the Anniston City Board of Education - copies served by counsel - copy del. to J. Allgood | |
| " 16 | Deposition of Ralph Higginbotham, taken on behalf of Department of Justice, as to the Anniston City School System filed | |
| " 16 | Deposition of Bill Rutherford, taken on behalf of Department of Justice, as to the Anniston City School System filed | |
| " 16 | Deposition of John L. Fulmer, taken on behalf of Department of Justice, as to the Anniston City School System filed | |
| " 17 | Certified copy of order of the U. S. Court of Appeals extending the time for filing the Court Reporter's transcript in this cause (Florence City School System for a period of thirty days from the date of this order, November 16, 1971 filed | |
| " 18 | Memorandum of plaintiff-intervenor (Anniston City School System) filed | |
| " 18 | State of position by Anniston City Board of Education filed | |
| " 19 | On hearing before the Hon. C. W. Allgood as to the Anniston City School System on November 18, 1971 on the alternate desegregation plan - daily adjournment | |
| " 19 | Hearing resumed - | |
| " 19 | Clerk's Court Minutes that matter taken under advisement; government's brief to be submitted within 30 days; defendant's reply brief to follow within 15 days filed and entered | |
| " 23 | Report of the Sheffield Public Schools System filed pursuant to court order filed September 1, 1971 filed - copies distributed per request and copy del. to J. Allgood | |

over

| DATE 1971 | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| Nov. 29 | Request by plaintiff-intervenor, NEA for production of documents by defendant Cherokee County Board of Education filed - copies served by counsel | |
| Dec. 2 | Motion of Cherokee County School System for continuance of hearing set on December 16, 1971 filed - copies served by counsel | |
| " 2 | Order granting the motion of the Cherokee County School System and the hearing is continued to a date to be mutually agreed upon by the court and counsel for the parties filed and entered (Allgood) cm | |
| ec. 9 | Notice that plaintiff-intervenor will take the deposition of William W. Carpenter, Superintendent of the Pickens County Board of Education, at 10 a.m. on December 16, 1971, in the office of the Superintendent filed - copies served by counsel | |
| " 10 | Response of the Cherokee County Board of Education to request for production of documents filed - copy served by counsel | |
| " 10 | Supplemental notice that plaintiff-intervenor and amicus curiae will take the deposition of William W. Carpenter at 10:00 a.m. on December 16, 1971, in the office of the Superintendent of the Pickens County School System filed - copies served by counsel | |
| " 13 | Order,on the report of the Tuscaloosa City Board of Eucation of construction of additional classrooms and alteration of zone lines filed July 6, 1971, that there being no objections to the foregoing after the parties had notice thereof on July 2, 1971, and it appearing to the court that its concurrence is in order, approving the request for approval of additional classrom construction and alteration of zone lines filed and entered (Grooms) cm | |
| " 20 | Brief for the United States in re the Anniston City School System filed - del. to Judge Allgood | |
| " 21 | Interrogatories by plaintiff propounded to defendants, Tuscaloosa County School System, with attachments, filed - copies served by counsel | |
| ' 22 | Motion of the United States of America, plaintiff-intervenor to amend the judgment entered December 13, 1971 as to the Tuscaloosa City School System filed - copies served by counsel del. to J. Grooms | |
| ' 23 | Certified copy of order, U. S. Court of Appeals (Gewin, Goldberg and Dyer, Circuit Judges) that appellant's motion for a further extension of time for the filing of the Court Reporter's transcript in the above cause for an additional fifteen days to and including December 31, 1971, is granted; no further application for extension will be entertained (Florence City School System)-filed - copy del. to Court Reporter | |
| " 28 | Proposal by Anniston City Board of Education filed - del. to J. Allgood copies served by counsel | |
| ' 30 | Opinion of the U. S.Court of Appeals issued as and for the mandate on December 28, 1971, regarding the Muscle Shoals School System, reversing in part and remanding the action with drections that Charles Carter be immediately reinstated, with back pay, etc. filed - del. to J. Grooms | |
| 1972 | | |
| n. 4 | Report of the Florence City Board of Education on Nonracial Objective Criteria pursuant to Judge Allgood's order of September 30, 1971, filed - copies served by counsel | |
| " 4 | Transcript of proceedings held on September 13, 1971, at Decatur, Alabama, before the Hon. Clarence W. Allgood (Florence City School System), in triplicate - filed - Mailed by certified mail to Clerk, U. S. Court of Appeals, New Orleans, La. to be added to the record on appeal filed 3/5 / 72 | |

Continued to next page

| DATE 1972 | PROCEEDINGS | Date Or Judgment |
|---|---|---|
| Jan. 5 | Order as to the Anniston City School System, the matter presently before the Court on brief filed by the United States and defendants' proposal submitted by the Anniston City Board of Education, that due to the complexness of this case, is is the opinion of the Court that defendants' proposal that the Anniston City Board of Education be ordered to proceed forthwith to obtain the services of qualified and impartial experts to make a study into, and a timely report on, such matters as they may deem appropriate is well taken and further ordering that the Board obtain experts from either the University of Alabama, Auburn University or the University of South Alabama filed and entered (Allgood) cm | |
| " 7 | Order of modification as to the Limestone County School System filed and entered copies served by the Court | (Poin |
| " 10 | Motion of the United States to amend order of January 5, 1972 filed as to the Anniston City School System - copies served by counsel copy del. by attorney to J. Allgood | |
| " 11 | Bill of Costs by plaintiff intervenor N.E.A. filed as to the Macon County Board of Education - copy served by counsel (Muscle Shoals) | |
| " 18 | Costs taxed by the Clerk - bill mailed attorneys for defendants (Muscle Shoals) Jack Huddleston | |
| " 25 | Motion of United States for supplemental relief as to the Talladega County School System filed - copies served by counsel | |
| " 26 | Transcript of proceedings before the Hon. Clarence W. Allgood on November 18, 1971 pertaining to Anniston City School System (2 volumes in triplicate) | |
| " 28 | Motion of plaintiff-Intervenor, NEA., Inc. for expeditious oral hearing filed as to the Bibb County School System - copies served by counsel - del. to J. Lynne | |
| " 28 | Request by plaintiff-Intervenor, NEA, for production of documents by defendant Bibb County Board of Education filed - copies served by counsel | |
| " 28 | Annual report of Tarrant School Board pursuant to Order of Enforcement dated August 28, 1971, filed - copies served by counsel | |
| " 31 | Answer of the Oxford City Board of Education to information requested under Paragraph 9 of the Order of this Court (Exhibit "A") filed - copies served by counsel | |
| Feb. 3 | Deposition of Leonard Brooks taken on behalf of plaintiff-Intervenor - filed as to the Clay County School System | |
| " 4 | Motion by plaintiff-intervenor, NEA for supplemental relief as to the Colbert County School System, with Notice of Motion attached, filed - copies served by counsel - copy sent to J. Grooms | |
| " 7 | Certified copy of the U. S. Court of Appeals's opinion rendered February 4, 1972 which is issued as and for the mandate as to Oxford City Board of Education and Calhoun County Board of Education filed (record to be returned) | |
| " 14 | Motion of defendant, Colbert County Board of Education, to dismiss the motion for supplemental relief by plaintiff-Intervenor, NEA, filed - copies served by counsel (in J. Groom's pending motions) | |
| " 14 | Report of Calhoun County Board of Education pursuant to Order of the Court dated August 6, 1971, filed - copies served by counsel - del to J. McFadden | |
| " 28 | Semi=annual report of the FLORENCE CITY SCHOOLS filed - copy del to J. Allgood by attorney | |
| " 29 | Original record on appeal; original exhibits (envelope); supplement, 2nd and 3rd supplemental records received from U. S. Court of Appeals | |
| " 29 | Objection of defendant Bibb County Board of Education to request of said NEA for production of documents filed - copies served by counsel | |

(over)

| DATE 1972 | PROCEEDINGS | Date Order / Judgment No. |
| --- | --- | --- |
| Mar. 1 | Answers by Tuscaloosa County Board of Education, defendant, to interrogatories propounded by plaintiff- intervenor, United States of America filed - copies served by counsel del. to J. McFadden | |
| " 6 | **Order that defendant, Bibb County Board of Education, make available for inspection and copying by NEA the requested institute reports covering the years 1967 through 1971, at a time and place to be mutually agreed upon by counsel filed and entered (Lynne) cm** | |
| " 8 | **Motion of Carrie Miles, as mother and next friend of Seccillup Joe Miles, to intervene as plaintiff as to the Sylacauga City ~~Talladega County~~ Board of Education filed - copies served by counsel** (del. to J. ~~Grooms~~) McFadden | 6/2/72-Overruled-M c |
| " 8 | **Motion of plaintiff-intervenor to require Ruben H. Porch, John F. Carter, and Sylacauga City ~~Talladega County~~ Board of Education to readmit Seccillup Joe Miles to Sylacauga High School filed - copies served by counsel** (del. to J. McFadden ~~Grooms~~) | |
| " 8 | Certified copy of an opinion-order of the U. S. Court of Appeals issued as and for the mandate reversing and remanding this action to the supervisory jurisdiction of this Court which has retained jurisdiction of this action with directions that the reinstatement ordered of Coach Mitchell within the Florence City School System be achieved effective with the beginning of the 1972-73 school year, or earlier if appropriate, filed - Mar. 7. 1972 copy sent to J. Allgood | |
| " 10 | Copies of the requested institute reports of the Bibb County School System for the years 1967-1971 filed - copies served by counsel | |
| " 13 | **Cost bill of plaintiff-intervenor, NEA, filed (Florence City School System)- copy served by counsel** | |
| " 13 | **Original record on appeal and supplemental record (Florence City School System) received from U. S. Court of Appeals** | |
| " 14 | **Order to reimburse cash surety (Muscle Shoals City School System) $250.00 to Gray, Seay & Langford filed and entered (Lynne)** | |
| " 14 | **Order to reimburse cash surety (Florence City School System) $250.00 to Gray, Seay & Langford filed and entered (Lynne)** | |
| " 14 | Non-Racial Objective Criteria To Be Used in Assignment and Re-Assignment of Bibb County Board of Education Personnel filed - copies served by counsel | |
| " 15 | Copy of cost bill,United States Court of Appeals, filed as to Florence City School System | |
| " 30 | Order granting the motion for supplemental relief by plaintiff-intervenor United States as to Talladega County School System and the criteria set out in Appendix to this order and ordering the Talladega County Board of Education and the Talladega County Superintendent of Education immediately adopt and implement in employing, dismissing transferring or demoting teachers and staff members, the nonracial objective criteria set out in the Appendix to this order and further ordering that a copy of this criteria be furnished by said Board to each of its teachers and staff members within ten days from the date of this order filed and entered (Grooms) cm | |
| Apr. 4 | Judgment pursuant to mandate of the U. S. Court of Appeals issued on March 6, 1972 reversing and remanding with directions that certain portion of this Court's Findings of Fact, Conclusions of Law and Judgment respecting one Harvest Mitchell rendered September 30, 1972, that the Florence City Board of Education offer to Harvest Mitchell the position as head basketball coach at Coffee High School in the City of Florence effective 1972-73 school year; that this judgment shall in no wise be construed as | |

(continued)

| DATE 1972 | PROCEEDINGS | Date Or Judgment |
|---|---|---|
| Apr. 4 | basketball coaching position at such school or at any senior high school within such system and said judgment shall be without prejudice to the right of the Florence City Board of Education to seek further relief respecting the removal of Harvest Mitchell from such position, should he accept same, in event his coaching performance is determined to be unsatisfactory after a reasonable period of time filed and entered (Allgood) cm | |
| " 5 | Original record on appeal returned from USCA - receipt acknowledged | |
| " 5 | Order overruling defendant's motion to dismiss the plaintiff-intervenor's motion for supplemental relief as to Colbert County School System filed and entered (Grooms) cm | |
| " 5 | Report of Sheffield City Board of Education - filed | |
| " 11 | Resolution of the Florence City Board of Education offering position as head basketball coach at Coffee High School in the City of Florence, Alabama, to Harvest Mitchell with copy of letter to Mr. Mitchell attached, filed - copies served by counsel - copy del. to J. Allgood | |
| " 14 | Response and objections of plaintiff-intervenor, National Education Association, to Court's Judgment pursuant to mandate as to Florence City School System filed - copies served by counsel - copy del. to Judge Allgood | |
| " 19 | Third Supplemental Record on Appeal returned from U.S.C.A., New Orleans, La., (transcript of proceedings before the Hon. Frank H. McFadden at Birmingham, Alabama on September 2, 1971, and to Calhoun County and Oxford City School Systems) receipt acknowledged | |
| " 24 | Answer of defendants John F. Carter, Ruben H. Porch, and the Sylacauga City Board of Education to the complaint by Seccillup Joe Miles filed - copy served by counsel | |
| " 24 | Motion of John F. Carter, Ruben H. Porch, and the Sylacauga City Board of Education for summary judgment filed (re Seccillup Joe Miles) copy served by counsel DEL. TO J. McFadden 6/2/72 - Moot (McFadden) cm | |
| " 26 | Notice that plaintiff-intervenor, United States of America, will take the deposition of Dr. Hugh Stegall, Superintendent, Tuscaloosa City Board of Education at 10:00 a.m. and Dr. James P. Curtis, Bureau of Educational Services and Research, College of Education, The University of Alabama, at 2:00 p.m. on Wednesday, May 3, 1972, at the offices of the Tuscaloosa City Board of Education, 1100 - 21st Street, East, Tuscaloosa, Alabama, filed - copy served by counsel re: Tuscaloosa City School System | |
| May 2 | Deposition of William W. Carpenter, taken on behalf of plaintiff-intervenor as to the Pickens County School System, filed | |
| " 4 | Notice that the United States will take the deposition of David C.Brown, Superintendent of the Colbert County School System on May 8, 1972 at 1:30 p.m. at the office of the Superintendent of Education, Tuscumbia, Alabama filed - copies served by counsel | |
| " 10 | Alternate desegregation plan by the Anniston City Board of Education, with Report to the Anniston City Board of Education on The Anniston Public Schools by the staff of the Auburn Center for Assisting School Systems attached, filed - copy served by counsel del. to J. Allgood | |
| " 10 | Certified copy of an opinion-order of the U. S. Court of Appeals entered May 9, 1972, which is issued as and for the mandate affirming the decision of the District Court filed - original record returned - as to the Talladega County School System (exhibits in brown manila envelope returned) | |
| " 12 | Original three-volume supplemental record returned from USCA - receipt acknowledged as to Talladega County Board of Education | |

over

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 1972 | | |
| May 17 | Petition by Mrs. C. A. Skurka, et al to intervene and for an interpretation and application of this Court's orders of July 22, 1970 and March 3, 1971 filed - copy served by counsel (Tuscaloosa County Board of Education) del. to J. McFadden | |
| " 30 | **Order dated May 26, 1972, denying the petition of Mrs. C. A. Shurka, et al., to intervene - filed and entered (McFadden) cm (Tuscaloosa County Board of Education)** | |
| " 30 | Certified copy of order of three-judge panel (Rives, Grooms, Johnson) in the Middle District of Alabama, Eastern Division, transferring juridddiction over certain State Colleges, Junior Colleges and Vocational Technical Schools (see listing attached) and transferring jurisdiction over Livingston University since that Court has no authority to grant the relief sought by John E. Deloney; that if Deloney is entitled to any relief under the application for temporary restraining order filed herein, there is no reason why such relief may not be obtained in the District Court for the Northern District of Alabama; and the constitutional issued involved having been resolved, ordering that the three-judge court convened for this case is dissolved filed - Order dated May 29, 1972 (copy of docket entries and file received) (service copies from Mr. Drake with file)<br>Following original papers received:<br>Petition to intervene and complaint of John E.Deloney, et al, filed May 16, 1972<br>Defendant Alabama State Board of Education's motion to dismiss petition to intervene<br>Notice of plaintiff Robert Wright's withdrawal, filed May 26, 1972 | |
| " 30 | Order as to the Muscle Shoals City School System, the parties having stipulated that the damages due Charles Carter amount to $4,759.75, approving the damages as stipulated and directing the Clerk to pay to Charles Carter and his attorney Solomon S.Seay, Jr. the sum of $4,759.75, and to Solomon S. Seay, Jr. the sum of $341.56 representing costs recovered by the plaintiff filed and entered (Grooms) cm | |
| June 2 | Stipulation of the parties as to the Tuscaloosa City School System filed | |
| " 2 | Order, dated May 31, 1972, upon the stipulation of the parties as to the Tuscaloosa City School System that the deposition of Dr. Hugh Stegall taken on May 3, 1972 and the exhibits thereto are admitted into evidence as plaintiff-intervenor exhibit #1; that the deposition of Dr. Jampes P. Curtis taken on May 3, 1972 and exhibits thereto are admitted into evidence as plaintiff-intervenor exhibit #2; that plaintiff-intervenor may have until May 31, 1972 to submit a memorandum in support of its position and defendant may have seven days after service of plaintiff-intervenor's memorandum to respond filed and entered (Grooms) cm | |
| " 2 | Bill of costs approved by the U. S. Court of Appeals as to the Talladega County School System filed | |
| " 5 | Memorandum of plaintiff-intervenor, United States, in support of its motion to amend as to Tuscaloosa City School System filed - copies served by counsel | |
| " 8 | **Court's Supplemental order, dated June 7, 1972, Muscle Shoals City School System, directing the Clerk to pay $963.17 to Charles Carter and his counsel, Solomon S. Seay, Jr. covering retirement benefits due Charles Carter - filed and entered (Grooms) - cm - check mailed to Gray Seay & Langford** | |

Continued to next page

| DATE 1972 | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| June 9 | Order upon hearing on the request by John E. DeLoney for a Temporary Restraining Order directed to the Board of Trustees of Livingston University that further proceedings regarding discrimination, if any, by Livingston University, shall be conducted under style of Anthont T. Lee, et al vs. Board of Trustees of Livingston University, CA 72-510, Western Division; and dismissing the United States of America and the N.E.A. as intervenors to this action without prejudice; and by agreement of the parties Dr. DeLoney shall receive compensation and benefits previously accorded him and the Board of Trustees will afford him a hearing not later than July 15, 1972 and after such hearing the Board shall promptly render its decision and give Dr. DeLoney written notice of such results and reasons therefo; and sustaining the suspension by the Board of Dr. DeLoney pending such hearing; and dismissing the cause of action in this case against the Board of Trustees, without prejudice to his right to institute a separate suit against the Trustees following the hearing; and denying the motion of the Alabama State Board of Education to dismiss the petition to intervene filed on May 16, 1972, on behalf of John E.DeLoney; and granting the petition to intervene filed on behalf of Kenneth Hutchison, Ollie Gandy and Jewel White, but without prejudice to the right of the defendants to challenge at a subsequent point such intervention or the cause of action stated therein filed and entered (Pointer) cm as to Colbert County School System | |
| " 16 | On hearing before the Hon. H. H. Grooms/- deposition of David C. Brown filed by defendant in open court - answer of defendant to plaintiff-intervenor NEA's motion for supplemental relief filed - oral motion by defendant to dismiss - to be considered by Judge Grooms - plaintiff rest - defendant rest - briefs to be filed (Court Reporter James Maxwell) | |
| " 16 | Clerk's Court Minutes that this matter pertaining to the Colbert County School System is hereby taken under advisement; written judgment to be entered filed and entered | |
| " 19 | Response of the United States to defendants' plan as to the Anniston City School System filed - | |
| " 19 | On Hearing before the Hon. C. W. Allgood as to the City of Anniston School System - taken under advisement - | |
| " 23 | Motion of plaintiff-intervenor, NEA for further relief as to the Shelby County School System filed - copies served by counsel copy del. to J. Lynne | |
| " 30 | Consent Order and Decree as to Calhoun County School System filed and entered (McFadden) cm | |
| July 5 | Memorandum for the United States as to the Colbert County School System filed - copies served by counsel copy del. to J. Grooms | |
| " 5 | Brief on behalf of the Anniston City Schools filed - copies served by counsel del. to J. Allgood | |
| 7 | Petition (letter dated June 21, 1972) to construct a one classroom addition to Coosa Valley Elementary School filed (George G. Eden, Supt) (St. Clair County) | |
| 7 | Petition (letter dated July 6, 1972) for the closing of Pell City Intermediate School located in Pell City, Alabama, St. Clair County filed (George G. Eden, Supt) - copies served by counsel | |
| 12 | **Answer of defendant, Shelby County Board of Education, to motion of plaintiff for further relief, filed - copies served by counsel - del. to J. Lynne** | |

(over)

| DATE 1972 | PROCEEDINGS | Date Order Judgment N |
|---|---|---|
| July 17 | Order/ Opinion dated July 14, 1972, on motion for supplemental relief as to the COLBERT COUNTY SCHOOL SYSTEM, filed by Intervenor, National Education Association in behalf of Amos Malone and Rowena L. Kilgoar, Thomas D. Mitchell; denying relief as to Mitchell and Kilgoar / and granting relief as to Malone Filed and entered (Grooms) cm | |
| " 17 | Order Judgment, dated July 14, 1972, as to the COLBERT COUNTY SCHOOL SYSTEM pursuant to the opinion in lieu of formal findings on Intervenor's motion for supplemental relief requiring the said Board of Education to offer Amos Malone the principalship of an elementary school for the school year 1972-72, and within 30 days pay him any difference in salary beginning with the first vacancy in an elementary principalship which occurred subsequent to this Court's order of July 21, 1971, and overruling motion as to relief on behalf of Rowena L. Kilgoar and Thomas D. Mitchell and continuing the motion as to costs and attorneys fees pending compliance with the order pertaining to the relief granted on behalf of Amos Malone FILED AND entered (Grooms) cm | |
| " 21 | Order on petition of the Superintendent of the County Board of Education of St. Clair County for the closing of the Pell City Intermediate School; that if there are no objections within ten days from the receipt of this order, the petition will be considered as granted, and the Board may proceed to omplement its proposal filed and entered (Grooms) cm | |
| " 24 | Motion of National Education Association, Inc. for reconsideration of its order of July 17, 1972 as to Rowena L. Kilgoar and Thomas D. Mitchell filed - copies served by counsel (Colbert County School System) DEL. TO J. GROOMS | |
| Aug. 2 | Motion of plaintiff-intervenor, The United States of America, to shorten time for answering interrogatories and to extend time for responding to Order of July21, 1972 as to the St. Clair County School System filed - Interrogatories attac prepared order attached - copies served by counsel | |
| " 9 | Certified copy of the judgment of the U. S. Court of Appeals issued as and for the mandate August 8, 1972, affirming in part and vacating in part the judgment of the District Court and remanding same in accordance with the opinion of that Court and further ordering that defendant-appellee pay to plaintiffs-intervenors-appellants the costs on appeal to be taxed by the Clerk of that Court - as to the Sumter County School System - with copy of that Court's opinion and bill of costs attached, filed - (original record to be returned later) 8-17-72 [illegible] 8/18/72 copy received from N.O. | |
| " 9 | Answer of Colbert County School System to motion for reconsideration and cross-motion for reconsideration filed - copies served by counsel | |
| " 9 | Order as to St. Clair County School System that said defendant school system shall answer the interrogatories filed by the United States within ten days of receipt of this order and granting the United States ten days from the date of the filing of the answers to the interrogatories to file objections to the closing of the Pell City Intermediate School filed and entered (Grooms) cm | |
| " 10 | Bill of costs approved by the Court of Appeals for plaintiff-intervenor, NEA filed (for $25.00 docketing fee only) | |
| " 15 | Memorandum Opinon of the Hon. C. W. Allgood at to the Anniston City School System filed and entered - cm | |
| " 15 | Order, pursuant to the memorandum opinion of the Court contemporaneously filed herewith as to the Anniston City School System, that the Board of Education shall, beginning with the 1972-73 school year, implement a desegregation plan for the Anniston City School System consisting of the following: 1. The desegregation plan approved and order by the 3-judge court on March 16, 1970, as amended by the further order of the 3-judge court on March 23, 1970, and as provided for in the consent orders in this cause | |

| DATE 1972 | PROCEEDINGS | Date Order Judgment N |
|---|---|---|
| Aug. 15 | administrator will be assigned to Cobb High School; 3. Elective courses now offered at Cobb High School; 4. A social worker or guidance counselor will be assigned to work in the Cobb High School attendance area to encourage white students living in the area to attend Cobb High School; 5. Available funds will be used to upgrade the facilities at Cobb High School and to provide adequate maintenance in all schools; 6. A report similar to that required to be filed by September 15, 1971, under the terms of the consent order in this cause entered on June 23, 1971, shall be filed with this court and served on the United States on or before September 25, 1972, filed and entered (Allgood) cm | |
| " 16 | Motion of defendant Colbert County Board of Education for stay pending disposition of motions for reconsideration filed - copies served by counsel | |
| " 24 | Objection of the United States to proposed closing of the Pell City Intermediate in St. Clair County School System filed - copies served by counsel | |
| " 24 | Order overruling motions for reconsideration in the particulars herein indicated; overruling the defendant's oral motion to stay; and further, granting defendant's motion to withhold the effective date of the order of July 17, 1972, until Monday, August 28, 1972, becoming effective in all respects at the close of the day on August 28, 1972; the language contained in the last paragraph of order of July 17, 1972, reading as follows is hereby stricken: "If the ratio for staff members, as between blacks and whites, called for in Singleton, is to be achieved, and only a given number of teaching units can be maintained, it appears that the initial achievement of such ratio will certainly result in a displacement of teachers of one race or the other unless, of course, there is the correct ratio to start with. That is very unlikely." filed and entered as to Colbert County School System (Grooms) cm | |
| " 30 | Notice of Appeal by the United States of America, plaintiff-intervenor and amicus curiae to the United States Court of Appeals for the Fifth Circuit, of the Order entered on August 15, 1972, as to Anniston City School System filed - certified copies mailed | |
| " 31 | On Hearing before the Hon. H. H. Grooms on the objection of the United States on the closing of Pell City Intermediate School in St. Clair County School System - defendants' answers to interrogatories filed by United States filed in open court - case taken under advisement - written judgment to be entered | |
| " 31 | Clerk's Court Minutes that this case be taken under advisement - written judgment to be entered filed and entered | |
| Sept. 6 | **Transcript of the proceedings before the Honorable Clarence W. Allgood on June 19, 1972, at 10:00 a.m., Birmingham, Alabama, as to Anniston City School System - filed** | |
| " 6 | Notice of appeal by plaintiff-intervenor from that part of the Court's Order of July 17, 1972 denying relief as to Rowena L. Kilgoar and Thomas D. Mitchell and from that portion of the Court's order of August 24, 1972 denying reconsideration as to Rowena L. Kilgoar and Thomas D. Mitchell filed - (Colbert County School System) - certified copies mailed | |
| " 6 | Appeal Bond ($250.00 cash) filed as to Colbert County School System) | |

(over)

| DATE 1972 | PROCEEDINGS | Date Ord Judgment |
|---|---|---|
| Sept. 8 | Order on petition for consolidation of schools in the St. Clair County School System, permitting the Board of Education of St. Clair County to close Pell City Intermediate School for regular class use and to assign students to Iola Roberts Elementary School and Eden Elementary School, Grades 1 to 4 at the former, and Grades 5 and 6 at the latter, filed and entered (Grooms) cm | |
| " 13 | Certified record on appeal re Anniston City School System mailed to Clerk, USCA, New Orleans, La. - exhibits included on hearing Nov. 18 & 19, 1971 and June 19, 1972 - copies of docket entries and transmittal letter mailed attorneys | |
| " 18 | Motion of plaintiffs for further relief as to the Etowah CountySchool System filed - copy served by counsel (copy sent to J. Lynne) | |
| " 18 | Report - Memorandum of the Tuscaloosa City Board of Education filed - copies served by counsel (del. to J. Grooms) | |
| " 18 | Notice of Appeal by defendant Colbert County Board of Education filed - copies served by counsel - certified copy mailed to U. S. Court of Appeals | |
| " 18 | Cost bond on appeal ($250.00) filed | |
| " 20 | Certified record on appeal re COLBERT COUNTY SCHOOL SYSTEM mailed to Clerk, U. S. Court of Appeals - exhibits on hearing 6/16/72 included - copies of transmittal letter and docket entries mailed attorneys | |
| " 21 | Motion of plaintiff-intervenor NEA for further relief as to Jackson County School System filed - copies served by counsel - del. to J. Lynne | |
| " 21 | Request of plaintiff-intervenor NEA for production of documents by the defendant Jackson County Board of Education filed - copies served by counsel del. to J. Lynne | |
| " 21 | Motion of plaintiff-intervenor NEA for further relief as to City of Tuscumbia School System filed - copies served by counsel del. to J. Allgood | |
| " 21 | Request of plaintiff-intervenor NEA for production of documents by defendant Tuscumbia City Board of Education filed - copies served by counsel - del. to J. Allgood | |
| " 21 | Motion of plaintiff-intervenor NEA for expeditious oral hearing and for leave to amend motion for further relief as to Cherokee County School System filed - copies served by counsel - del. to J. Allgood | |
| " 21 | Request of plaintiff-intervenor NEA for production of documents by defendant Cherokee County Board of Education filed - copies served by counsel - del. to J. Allgood | |
| " 21 | Motion of plaintiff-intervenor NEA for further relief as to Cleburne County School System filed - copies served by counsel - del. to J. Lynne | |
| " 21 | Request of plaintiff-intervenor NEA for production of documents by defendant Cleburne County Board of Education filed - copies served by counsel del. to J. Lynne | |
| " 26 | Depositions (2) of Dr. Hugh Stegall/and Dr. James P. Curtis, Superintendent of City of Tuscaloosa Schools taken on behalf of plaintiff-intervenor, as to the Tuscaloosa County School System, filed (del. to Berenice) | |
| " 26 | Attendance report of Anniston City School System filed - copies del. to J. Allgood and U. S. Atty. | |

Continued to next page

| DATE 1972 | PROCEEDINGS | Date Order or Judgment |
|---|---|---|
| Sept. 28 | Order on motion for reconsideration of judgment entered December 13, 1971, as to the Tuscaloosa City School System, that plaintiff-intervenor's motion of December 22, 1971, to amend the judgment of December 13, 1971 is hereby overruled filed and entered (Grooms) cm | |
| " 28 | Transcript of hearing before the Hon. H. H. Grooms on June 16, 1972, at Birmingham, as to the Colbert County School System filed | |
| " 29 | **Transcript of hearing Colbert County School System mailed to Clerk, USCA, to be included with certified record on appeal - copies transmittal letter mailed attorneys** | |
| Oct. 2 | **Motion of plaintiff-intervenor NEA for expeditious oral hearing and for leave to amend motion for further relief as to Shelby County School System filed - copies served by counsel - del. to J. Lynne** | |
| " 2 | **Request of plaintiff-intervenor NEA for production of documents by defendant Shelby County Board of Education filed - copies served by counsel - del. to J. Lynne** | |
| " 2 | Motion of plaintiff-intervenor, NEA for leave to amend motion for further relief as to Walker County School System and Jasper City School System filed - copies served by counsel copies del. to J. Lynne and J. McFadden | 12/20/72 ruled af heari (Lynn |
| " 2 | Request by plaintiff-intervenor, NEA for production of documents by the Walker County School System and Jasper City School System filed - copies served by counsel copies del. to J. Lynne and J. McFadden | |
| " 3 | Annual report by Tarrant City School System showing black-white ratio filed copy served by counsel | |
| " 3 | REport of Oxford City Board of Education as requested by Order dated August 6, 1971 filed - copies served by counsel | |
| " 3 | **Notice (letter) of appearance of Jack Livingston - Dawson, McGinty & Livingston as attorney of record for Jackson County Board of Education filed - copy served by counsel** | |
| " 3 | On Hearing before the Hon. H. H. Grooms on October 2, 1972 at Birmingham, as to the Sumter County School System - | |
| " 3 | Clerk's Court Minutes that the motion as to Sumter County School System having been heard, a written order will be entered filed 0ctober 2, 1972 and and filed | |
| " 4 | Report by the Tuscaloosa City Board of Education of racial composition of student body and faculty for the 1972-73 school year filed | |
| " 5 | Findings and ORDER pursuant to further directions of the Court of Appeals, July 17, 1972, as to Sumter County School System filed and entered (Grooms) | cm |
| " 5 | Order Judgment, pursuant to the further findings filed contemporaneously herewith, directing the defendant Board of Education of Sumter County to promote James B. Jackson to the principalship of Livingston High School and otherwise denying relief filed and entered (Grooms) cm | |
| " 13 | **Answers (4) of defendant Leroy Brown to plaintiff-intervenor's motion for further relief as to Cleburne County School System, Walker County School System, Jackson County School System and Jasper City School System filed - copies served by counsel - del. to respective judges** | |
| " 13 | **Answer of defendant, Shelby County Board of Education to National Education Association, Inc.'s motion for leave to amend motion for further relief filed - copies served by counsel** | |
| " 13 | **Motion of defendant, Sumter County Board of Education, that Court reconsider the Order entered on October 5, 1972 filed - copies served by counsel** | |
| " 16 | Answer of defendant Leroy Brown to plaintiff-intervenor's motion for further relief filed - copies served by counsel (Shelby County Board of Education) | |

(Over)

| DATE 1972 | PROCEEDINGS | Date Order Judgment N |
|---|---|---|
| Oct. 26 | Motion of plaintiff intervenor, Rev. F. N. Nixon, for an award of counsel fees as to the Sumter County School System filed - copies served by counsel | |
| " 30 | Answer of the County Board of Education of Calhoun County to the information requested under Paragraph 9 of the Order of this Court dated August 6, 1971, filed - copies served by counsel | |
| Nov 1 | Request for transmission of documents (letter dated 10/26/72) to the U. S. Court of Appeals, re Anniston City School System - filed - copies served by counsel | |
| " 2 | Additional pleadings to be added to record on appeal Anniston City School System mailed to Clerk, U. S. Court of Appeals, New Orleans, La. - copies of transmittal letter mailed to attorneys - exhibits being mailed this date under separate cover | |
| " 9 | Order quashing the direction to the Board of Education of Sumter County to promote James B. Jackson to the principalship of Livingston High School as Mr. Jackson has advised that he does not wish to be further considered for that principalship; overruling the Board's motion to reconsider and overruling motion of plaintiff-intervenor for counsel fees filed and entered (Grooms) cm | |
| " 27 | Report of the Sheffield Public Schools filed in accordance with the provisions of the Court order filed September 1, 1971 | |
| " 30 | Pre-desegregation information of defendant, Etowah County Board of Education, filed - copy served by counsel | |
| Dec. 1 | Motion of plaintiff-intervenor, National Education Association to dismiss the motion for further relief without prejudice, counsel for plaintiff-intervenor and the Board of Education of the City of Tuscumbia having agreed to a dismissal of the pending motion for further relief filed - copies served by counsel del. to J. Allgood | |
| " 6 | Notice that defendant, Cleburne County Board of Education will take the deposition of Jessie Montgomery at 1:30 p.m., December 11, 1972, filed - copies served by counsel | |
| " 12 | Answer of the Etowah County Board of Education to motion for further relief filed - copy served by counsel | |
| " 13 | Order upon motion of plaintiff-intervenor and by agreement of parties, dismissing the motion for further relief as to City of Tuscumbia School System without prejudice - filed and entered (Allgood) cm | |
| " 15 | Four volumes of files relating to state colleges and trade schools received from the Clerk of the Middle District of U. S. District Court - receipt acknowledged | |
| " 18 | On Hearing before the Hon. Seybourn H. Lynne on the plaintiffs' motion for further relief for the Walker County and Jasper City School Systems- plaintiffs' testimony - defendant's testimony - Findings of fact and conclusions of law dictated into record (Findings of fact & Conclusions of Law filed on 11-16-76) | |
| " 18 | Clerk's Court Minutes that Findings of Fact, and Conclusions of Law dictated into the record filed and entered - | |
| " 21 | Deposition of Jesse Montgomery, Jr., taken on behalf of defendant Cleburne County Board of Education, filed on December 20, 1972 | |
| " 21 | On Hearing before the Hon. Seybourm H. Lynne/as to the Etowah County Board of Education - taken under submission - | |
| " 21 | Clerk's Court Minutes that the testimony relating to the plaintiff's motion for fruther relief as to the Etowah County School System having been received, the matter is taken under submission; written order to be entered, filed and entered | |

Note. *Hearings on motions for further relief heard by Judge Lynne as follows: Cleburne Co 12/12/72; Jackson Co 12/12/72

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 972 | | |
| ec. 26 | Certified copy of order of the U. S. Court of Appeals as to the Anniston City School System that the joint motion of the parties for entry of an order vacating the order and emmorandum opinion of the United States District Court dated August 15, 1972; and for remand of this cause to said District Court for the purpose of allowing the Anniston City Board to present and support a recently adopted plan of student and faculty desegregation is granted filed (supplemental records returned - original record on appeal and exhibits to be returned later) | |
| 973 | | |
| n 3 | **Original record on appeal Anniston City School System, original exhibits, and second supplemental record on appeal received from USCA, New Orleans, La.** | |
| n.4 | Telegram received from David B. Carnes advising that the Policies Committee for the Etowah County Board of Education will meet Monday, January 8 at 3:30 p.m. at Etowah County Courthouse - | |
| " 4 | Policies in compliance with the decree of the Court of Appeals and further directions of this court, of the Cleburne County Board of Education filed - copies served by counsel | |
| " 9 | Interrogatories of private plaintiffs propounded to defendant Anniston City School System, filed - copies served by counsel | |
| " 9 | Objections of private plaintiffs to the proposed plan of desegregation to be considered by this Court under the remand order of the Fifth Circuit as to Anniston City School System, filed - copies served by counsel - copy del. to Judge Allgood | |
| " 9 | Request (letter) of U. W. Clemon - Adams, Baker and Clemon, to be entered as counsel of record for private plaintiffs Lee, et al, filed - copies served by counsel | |
| ' 10 | Amendment by defendant, Etowah County School System, to proposed terminal type desegregation plan, filed - copy served by counsel - del. to Judge Lynne | |
| ' 10 | Submission by defendant, Etowah County School System of disciplinary code filed - copy served by counsel - del. to Judge Lynne | |
| 12 | Submission of conditions of continuing employment, promotions, demotions and for accepting new assignements within the Walker County Board of Education filed - exhibits attached - copies served by counsel del. to Judge Lynne | |
| ' 12 | Exhibits (roll of maps Govt Ex 2, tc.) re Anniston City School System returned by U. S. Court of Appeals - in large cylinder in file room | |
| 29 | Motion of certain students at Oxford High School for emergency relief re their expulsion from said school filed - copies served by counsel Set on MD 3/16/73 - copy sent to J. McFadden | |
| ›. 2 | Answers of John L. Fulmer, Anniston City School System, to interrogatories propounded to him filed - copies served by counsel | |
| 7 | Motion of defendants to dismiss this action as to the Oxford School System, filed - copies served by counsel | |
| 20 | Motion of the Anniston City Board of Education, defendant, and the United States, plaintiff-intervenor for entry of an order approving implementation at the commencement of the 1973-74 school year of the plan of student and faculty desegregation filed - copy del. to J. Allgood | |
| ' 28 | Motion of plaintiffs to compel answers to interrogatories filed - copies served by counsel - del to Judge Allgood | |
| ir. 21 | Notice of Hearing dated March 20, 1973, assigning this case for an evidentiary hearing on the plaintiff's motion for emergency relief and defendant's motion to dismiss as to Oxford City School System and directing all parties to appear before the undersigned on March 28, 1973, at 4:30 o'clock, Federal Courthouse, Birmingham, filed and entered (McFadden) cm | |

| 1973 DATE | PROCEEDINGS | Date Ord. Judgment Note |
|---|---|---|
| March 21 | ~~Notice of Hearing dated March 20, 1973, assigned this case for an evidentiary hearing on the plaintiff's motion for emergency relief as to Piedmont City School System and directing all parties to appear before the undersigned on March 28, 1973, at 4:30 o'clock, Federal Courthouse, Birmingham - filed and entered (McFadden) cm~~ (Should be in CA 73-203-E) | |
| " 21 | Order reserving the motion of defendants to dismiss and the motion for emergency relief, pending the evidentiary hearing set by this Court for 4:30 p.m., March 28, 1973, as to Oxford School System - filed and entered (McFadden) cm | |
| " 30 | On hearing before the Honorable F. H. McFadden on plaintiff's petition for emergency relief - plaintiff's testimony - daily adjournment - (Oxford School System | |
| " 31 | Hearing resumed - plaintiffs testimony continued - plaintiff rests - defendant's testimony - defendant's rest - case taken under advisement - (Oxford School System) | |
| " 31 | Clerk's Court Minutes that this case is taken under advisement; written judgment to be entered - filed and entered - cm (Oxford School System) | |
| Apr. 5 | Semi annual report of the Sneffield Public Schools filed - copy served by counsel | |
| " 9 | Order as to the Anniston City School System, this case having been remanded to this Court by order of the Court of Appeals for the purpose of allowing the Anniston City Board of Education to present and support a recently adopted plan of student and faculty desegregation, granting the joint motion of the said board and the United States and that the plan of desegregation for the Anniston City School System appended to said motion be implemented by the Board at the commencement of the 1973-74 school year filed and entered (Allgood) cm | |
| " 17 | Notice of appeal by plaintiff Anthony T. Lee of the final order entered April 9, as to the Anniston City School System filed - cm | 1973 |
| " 17 | Cost bond on appeal ($250.00) filed (Anniston City School System) | |
| " 17 | Designation of record on appeal as to the Anniston City School System filed | |
| May 2 | Certified record on appeal Anniston City School System mailed to Clerk, USCA, New Orleans, La. - copies of transmittal letter with docket entries mailed attorneys | |
| Aug. 9 | Order that (1) defendants are enjoined from suspending a student(s) for a substantial period of time, to-wit, ten daysor longer, without complying with these standards of due process prior to the suspension: (a) written notice of the charges against a student must be provided to the student and his parents or guardian; (b) the student must be afforded a hearing offering both sides ample opportunity to present their cases; and (c) imposition of sanctions shall only be on the basis of substantial evidence. (2) Defendants are ORDERED to expunge from the school records of the plaintiffs, with the exception of plff Gwendolyn Faye Plummer, any reference to the expulsion at issue in this case. (3) The hearing afforded a suspended or expelled student must be conducted by a fair and impartial trier of fact. (4) The action by plaintiff, Gwendolyn Faye Plummer, is dismissed. (Oxford School System) - filed and entered - McFadden - cm. This order is with regard to plaintiffs Cynthia Carmichael, Linda Faye Carmichael, Joe Lamar Rowe and Jerome Pallidin Rowe. | |