CA 70-C-251

FILED
2026 Sep-14 PM 05:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

SOUTHERN DIVISION

CIVIL DOCKET

UNITED STATES DISTRICT COURT

Jury demand date:

D. C. Form No. 106A Rev.

| TITLE OF CASE | ATTORNEYS |
|---|---|
| ANTHONY T. LEE; et al<br>Plaintiffs<br>UNITED STATES OF AMERICA<br>Plaintiff-intervenor and Amicus Curiae<br>NATIONAL EDUCATION ASSOCIATION, INC.<br>Plaintiff-intervenor<br>vs.<br>MARION COUNTY SCHOOL SYSTEM | For plaintiff: U. W. Clemon - Adams, Baker & Clemon 1600 The 2121 Building Birmingham, AL 35203; Solomon S. Seay Seay & Langford; 352 Dexter Ave., Mon AL 36104; Jack Greenberg, NAACP Legal & Education Fund, 10 Columbus Circle, 10019 for plffs<br>Wayman G. Sherrer, U.S. Attorney, Bha Brian Landsberg, Dept of Justice, Civ Div., Washington, D.C. 20530 for USA<br>Solomon S. Seay - Gray, Seay & Langfo 352 Dexter Ave., Montgomery 36104 for (205) 269-2563<br>For defendant:<br>Fite, Davis & Fite<br>Hamilton, AL 35570 |

| STATISTICAL RECORD | COSTS | | | DATE | NAME OR RECEIPT NO. | REC. | DISB. |
|---|---|---|---|---|---|---|---|
| J.S. 5 mailed | Clerk | | | | | | |
| J.S. 6 mailed | Marshal | | | | | | |
| Basis of Action: | Docket fee | | | | | | |
| | Witness fees | | | | | | |
| Action arose at: | Depositions | | | | | | |

FPI MI—1-3-72-100M-7

| 1974 DATE | PROCEEDINGS | Date C Judgme |
|---|---|---|
| May 23 | Order that all parties interested show cause at a motion term of the Court to be held in the U. S. Court House, Birmingham, Alabama on June 21, 1974, at 3:00 p.m. why the attached order in the cases involving this school system and Carbon Hill City, Fayette County, Franklin County, Lamar County, Muscle Shoals City, Russellville City, Tuscumbia City, Winston County and Winfield City, dissolving the individual board members and the superintendents thereof and permanently enjoining the above-named defendant school district, the individual board members and the superintendents thereof from operating a dual system of racially identifiable schools, etc., and placing the actions pertaining to the above-named districts on the inactive docket of this Court subject to being re-activated on proper application by any party, or on the Court's motion should it appear that further proceedings are necessary and that service of a copy of this order to show cause, together with the attached proposed order, upon all parties interested herein on or before June 11, 1974 shall be deemed sufficient, filed and entered (Guin) cm | |
| 1975 Feb. 21 | Order Judgment, dated February 19, 1975, dissolving the detailed regulatory injunctions issued by this Court and by the U. S. District Court for the Middle District of Alabama against this school system, the individual board members and the superintendents thereof, and Carbon Hill City, Fayette County, Franklin County, Lamar County, Muscle Shoals City, Russellville City, Tuscumbia City, Winston County and Winfield City, and permanently enjoining the above-named defendant school districts, etc. from operating a dual system of racially identifiable schools, etc., placing the actions pertaining to the above-named districts on the inactive docket of this court subject to being reactivated on proper application by any party, or on the Court's motion should it appear that further proceedings are necessary and the provisions of previous orders in this case as they relate to other defendants not named herein remain in full force and effect and are no way affected by this order, filed and entered (Guin) cm | |
| 88 | | |
| g. 9 | ORDER (RECUSAL) that pursuant to 28:455(a)(2) these cases shall be reassigned to another Judge-filed (CLEMON);Entered 08-09-88-cm-tlh | |
| ov. 16 | ORDER (RECUSAL AMENDED) that pursuant to 28:455(a)(2) these cases shall be re-assigned to another Judge-filed (CLEMON);Entered lmtd cm-tlh | |